# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | **Alliance of Christian Leaders of the East Valley ; Magdalena Schwartz ; Iglesia Alfa y Omega ; Elias Garcia ; Iglesia Monte Vista ; Angel Campos ; Iglesia Nueva Esperanza ; Israel Camacho ; Iglesia Apostolica De La Communidad ; Helping With All My Heart, Inc. ; Cristobal Perez ; Iglesia Cristiana El Buen Pastor ; Hector Ramirez ; Terence Driscoll** | **Defendant(s):** | **Patriot Movement AZ ; AZ Patriots ; Jennifer Harrison ; Sean Harrison ; Lesa Antone ; Russell Jaffe ; Jeremy Bronaugh ; Antonio Foreman ; Laura Damasco ; Tami Garver ; Michael Pavlock ; Brandi Payne ; Eduardo Jaime** |

County of Residence: Maricopa

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

**Larry J Wulkan (** Alliance of Christian Leaders of the East Valley ; Magdalena Schwartz ; Iglesia Alfa y Omega ; Elias Garcia ; Iglesia Monte Vista ; Angel Campos ; Iglesia Nueva Esperanza ; Israel Camacho ; Iglesia Apostolica De La Communidad ; Helping With All My Heart, Inc. ; Cristobal Perez ; Iglesia Cristiana El Buen Pastor ; Hector Ramirez ; Terence Driscoll **)**
**Stinson LLP**
**1850 N Central Avenue, #2100**
**Phoenix, Arizona 85004**
**602 279-1600**

**Javier Torres**
**Stinson LLP**
**1850 N Central Ave., #2100**

Defendant's Atty(s):

Phoenix, Arizona 85004
602 279-1600

| | |
|---|---|
| II. Basis of Jurisdiction: | 3. Federal Question (U.S. not a party) |
| III. Citizenship of Principal Parties **(Diversity Cases Only)** | |
| Plaintiff:- | N/A |
| Defendant:- | N/A |
| IV. Origin : | 1. Original Proceeding |
| V. Nature of Suit: | 440 Other Civil Rights |
| VI. Cause of Action: | 42 U.S.C. Section 1985(3); 42 U.S.C. Section 1982; violation of Plaintiffs' Constitutional rights. |
| VII. Requested in Complaint | |
| Class Action: | No |
| Dollar Demand: | Injunction |
| Jury Demand: | No |

VIII. This case **is not related** to another case.

**Signature:** Larry J. Wulkan

**Date:** June 4 2019

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014