Larry J. Wulkan (Bar No. 021404)
Javier Torres (Bar No. 0032397)
**STINSON LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email: larry.wulkan@stinson.com
       javier.torres@stinson.com

David C. Dinielli*
Beth D. Jacob*
**SOUTHERN POVERTY LAW CENTER**
400 Washington Avenue
Montgomery, Alabama 36104
Tel: (334) 956-8200
Fax: (334) 956-8481
Email: david.dinielli@splcenter.org
       beth.jacob@splcenter.org

J. Tyler Clemons*
**SOUTHERN POVERTY LAW CENTER**
201 S. Charles Avenue, Suite 2000
New Orleans, Louisiana 70170
Tel: (504) 526-1530
Fax: (504) 486-8947
Email: tyler.clemons@splcenter.org

*Application for Admission Pro Hac Vice Forthcoming*

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Alliance of Christian Leaders of the East Valley; Magdalena Schwartz, in her individual capacity and as president pastor of Alliance of Christian Leaders of the East Valley; Iglesia Alfa y Omega; Elias Garcia, in his individual capacity and as pastor of Iglesia Alfa y Omega; Iglesia Monte Vista; Angel Campos, in his individual capacity and as pastor of Iglesia Monte Vista; Iglesia Nueva Esperanza; Israel Camacho, in his individual capacity and as pastor of Iglesia Nueva Esperanza; Iglesia Apostolica; Helping With All My Heart, Inc., an Arizona non-profit corporation; Cristobal Perez, in his individual capacity and as pastor of Iglesia Apostolica De La Comunidad; Iglesia Cristiana El Buen Pastor; Hector | No.<br><br>**CORPORATE DISCLOSURE STATEMENT** |

152859685.1

| | |
|---|---|
| 1 | Ramirez, in his individual capacity and as pastor of Iglesia Cristiana El Buen Pastor; Terence Driscoll, |
| 2 | |
| 3 | Plaintiffs, |
| | v. |
| 4 | Patriot Movement AZ; AZ Patriots; Jennifer Harrison; Sean Harrison; Lesa Antone; Russell Jaffe; Jeremy Bronaugh; Antonio Foreman; Laura Damasco; Tami Jo Garver; Michael Pavlock; "Brandi Payne"; Jane Roe; "Eduardo Jaime"; John Does 1 & 2, |
| 5 | |
| 6 | |
| 7 | |
| 8 | Defendants. |

This Corporate Disclosure Statement is filed on behalf of Helping With All My Heart, Inc., an Arizona non-profit corporation ("Helping"). In compliance with the provisions of Rule 7.1, Federal Rules of Civil Procedure, Helping states that it is a privately held corporation, has no parent corporation and no publicly held company owns more than 10% of Helping's stock.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

RESPECTFULLY SUBMITTED this 4th day of June, 2019.

**STINSON LLP**

By: */s/ Larry J. Wulkan*
Larry J. Wulkan
Javier Torres
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584

David C. Dinielli*
Beth D. Jacob*
**SOUTHERN POVERTY LAW CENTER**
400 Washington Avenue
Montgomery, Alabama 36104
Tel: (334) 956-8200
Fax: (334) 956-8481
Email: david.dinielli@splcenter.org
        beth.jacob@splcenter.org

2

152859685.1

J. Tyler Clemons*
**SOUTHERN POVERTY LAW CENTER**
201 St. Charles Avenue, Suite 2000
New Orleans, Louisiana 70170
Tel: (504) 526-1530
Fax: (504) 486-8947
Email:   tyler.clemons@splcenter.org

*Application for Admission Pro Hac Vice Forthcoming*

Attorneys for the Plaintiffs