Michael D. Curran, No. 012677
mcurran@mmcec.com
**MAYNARD CRONIN ERICKSON
CURRAN & REITER, P.L.C.**
3200 North Central Avenue, Suite 1800
Phoenix, Arizona 85012
Telephone: (602) 279-8541

*Attorneys for Defendants Jennifer Harrison, Sean Harrison,
Jeremy Bronaugh, Michael Pavlock and Eduardo Jaime*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alliance of Christian Leaders of the East Valley; Magdalena Schwartz, in her individual capacity and as president pastor of Alliance of Christian Leaders of the East Valley; Iglesia Alfa y Omega; Elias Garcia, in his individual capacity and as pastor of Iglesia Alfa y Omega; Iglesia Monte Vista; Angel Campos, in his individual capacity and as pastor of Iglesia Monte Vista; Iglesia Nueva Esperanza; Iglesia Apostolica; Helping with All My Heart, Inc., an Arizona non-profit corporation; Cristobal Perez, in his individual capacity and as pastor of Iglesia Apostolica De La Comunidad; Iglesia Cristiana El Buen Pastor; Hector Ramirez, in his individual capacity and as pastor of Iglesia Cristiana El Buen Pastor; Terence Driscoll, <br><br> Plaintiffs, <br><br> v. <br><br> Patriot Movement AZ; AZ Patriots; Jennifer Harrison; Sean Harrison; Lesa Antone; Russell Jaffe; Jeremy Bronaugh; Antonio Foreman; Laura Damasco; Tami Jo Garver; Michael Pavlock; "Brandi Payne"; Jane Roe; "Eduardo Jaime"; John Does 1 & 2, <br><br> Defendants. | Case No. 2:19-cv-04347-JJT <br><br> **NOTICE OF APPEARANCE** |

F:\CLIENTS\AZ PATRIOTS\PLDGS\NTC APPEAR.wpd

1  NOTICE IS HEREBY GIVEN that Michael D. Curran, attorney of the law firm of Maynard Cronin Erickson Curran & Reiter, PLC, hereby enters his appearance as counsel of record for Defendants Jennifer Harrison, Sean Harrison, Jeremy Bronaugh, Michael Pavlock and Eduardo Jaime. Counsel respectfully requests that all future notices and correspondence from the Court and parties be sent to undersigned counsel at the address provided.

> Michael D. Curran, Esq.
> Maynard Cronin Erickson Curran & Reiter, PLC
> 3200 N. Central Avenue, Suite 1800
> Phoenix, Arizona 85012
> Telephone: (602) 279-8541
> Facsimile: (602) 263-8185
> E-Mail: mcurran@mmcec.com

DATED this 11th day of July, 2019.

**MAYNARD CRONIN ERICKSON CURRAN & REITER, P.L.C.**

By /s/Michael D. Curran
Michael D. Curran
3200 N. Central Avenue, Suite 1800
Phoenix, Arizona 85012
*Attorneys for Defendants Jennifer Harrison, Sean Harrison, Jeremy Bronaugh, Michael Pavlock and Eduardo Jaime*

**ORIGINAL** of the foregoing e-filed this 11th day of July, 2019, with:

Clerk of the Court
United States District Court
401 W. Jefferson
Phoenix, AZ  85003

**COPY** of the foregoing electronically delivered this 11th day of July, 2019, to:

Honorable John J. Tuchi
United States District Court
401 W. Washington
Phoenix, AZ  85003

/ / / /

Larry J. Wulkan, Esq.
Javier Torres, Esq.
Stinson, LLP
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584

David C. Dinielli, Esq.
Beth D. Jacob, Esq.
Southern Poverty Law Center
400 Washington Avenue
Montgomery, Alabama 36104

J. Tyler Clemons, Esq.
Southern Poverty Law Center
201 S. Charles Avenue, Suite 2000
New Orleans, Louisiana 70170

*Attorneys for Plaintiffs*

By: /s/H. Burnett