**THE DODDS LAW FIRM, PLC**
Dan R. Dodds (#024368)
Tejay Coon (#033517)
14239 W. Bell Rd., Suite 108
Surprise, Arizona 85374
Telephone:     623-544-2980
Facsimile:      623-544-2874
dan@doddslaw.com
tejay@doddslaw.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Alliance of Christian Leaders of the East Valley; Magdalena Schwartz, in her individual capacity and as president pastor of Alliance of Christian Leaders of the East Valley; Iglesia Alfa y Omega; Elias Garcia, in his individual capacity and as pastor of Iglesia Alfa y Omega; Iglesia Monte Vista; Angel Campos, in his individual capacity and as pastor of Iglesia Monte Vista; Iglesia Nueva Esperanza; Israel Camacho, in his individual capacity and as pastor of Iglesia Nueva Esperanza; Iglesia Apostolica; Helping With All My Heart, Inc., an Arizona non-profit corporation; Cristobal Perez, in his individual capacity and as pastor of Iglesia Apostolica De La Comunidad; Iglesia Cristiana El Buen Pastor; Hector Ramirez, in his individual capacity and as pastor of Iglesia Cristiana El Buen Pastor; Terence Driscoll,<br>                            Plaintiffs,<br>v.<br>Patriot Movement AZ; AZ Patriots; Jennifer Harrison; Sean Harrison; Lesa Antone; Russell Jaffe; Jeremy Bronaugh; Antonio Foreman; Laura Damasco; Tami Jo Garver; Michael Pavlock; "Brandi Payne"; Jane Roe; "Eduardo Jaime"; John Does 1 & 2,<br>                            Defendants. | No. 2:19-cv-04347-09,12-JJT<br><br>**NOTICE OF APPEARANCE** |

     Dan Dodds and Tejay Coon, attorneys of The Dodds Law Firm, PLC, hereby enter their appearance for Defendants Laura Damasco and Brandi Payne, in the above-entitled action. Representation shall be limited to: all matters concerning the above-numbered case up and through settlement or entry of a final judgment. Counsels respectfully request that all future notices and correspondence from the Court and parties be sent to the undersigned at the address provided.

Dr. Dan R. Dodds, Esq. or Tejay Coon, Esq.
**THE DODDS LAW FIRM, PLC**
14239 W. Bell Rd., Suite 108
Surprise, Arizona 85374
Telephone:   623-544-2980
Facsimile:   623-544-2874
dan@doddslaw.com
tejay@doddslaw.com

     RESPECTFULLY SUBMITTED this 15th day of July, 2019.

                                                          The Dodds Law Firm, PLC

                                                          /s/ Dan Dodds
                                                          Dan R. Dodds
                                                          *Attorney for Defendants*
                                                          *Damasco and Payne*

                                                          /s/ Tejay Coon
                                                          Tejay Coon
                                                          *Attorney for Defendants*
                                                          *Damasco and Payne*

| | |
|---|---|
| 1 | ORIGINAL FILED with the Court this <u>15th</u> day of July, 2019, with |
| 2 | |
| 3 | United States District Court<br>District of Arizona |
| 4 | COPY of the foregoing emailed/mailed this <u>15th</u> day of July, 2019, to |
| 5 | |
| 6 | Larry J. Wulkan (Bar No. 021404)<br>Javier Torres (Bar No. 0032397) |
| 7 | **STINSON LLP**<br>1850 North Central Avenue, Suite 2100 |
| 8 | Phoenix, Arizona 85004-4584<br>Tel: (602) 279-1600 |
| 9 | |
| 10 | David C. Dinielli*<br>Beth D. Jacob* |
| 11 | **SOUTHERN POVERTY LAW CENTER**<br>400 Washington Avenue |
| 12 | Montgomery, Alabama 36104<br>Tel: (334) 956-8200 |
| 13 | |
| 14 | J. Tyler Clemons*<br>**SOUTHERN POVERTY LAW CENTER** |
| 15 | 201 S. Charles Avenue, Suite 2000<br>New Orleans, Louisiana 70170 |
| 16 | Tel: (504) 526-1530 |
| 17 | |
| 18 | By:   /s/Tanya Balkcom |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |