Michael D. Curran, No. 012677
**MAYNARD CRONIN ERICKSON**
**CURRAN & REITER, P.L.C.**
3200 North Central Avenue, Suite 1800
Phoenix, Arizona 85012
Telephone: (602) 279-8541
E-Mail: mcurran@mmcec.com

*Attorneys for Defendants Jennifer Harrison, Sean Harrison, Jeremy Bronaugh, Michael Pavlock and Eduardo Jaime*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alliance of Christian Leaders of the East Valley; Magdalena Schwartz, in her individual capacity and as president pastor of Alliance of Christian Leaders of the East Valley; Iglesia Alfa y Omega; Elias Garcia, in his individual capacity and as pastor of Iglesia Alfa y Omega; Iglesia Monte Vista; Angel Campos, in his individual capacity and as pastor of Iglesia Monte Vista; Iglesia Nueva Esperanza; Iglesia Apostolica; Helping with All My Heart, Inc., an Arizona non-profit corporation; Cristobal Perez, in his individual capacity and as pastor of Iglesia Apostolica De La Comunidad; Iglesia Cristiana El Buen Pastor; Hector Ramirez, in his individual capacity and as pastor of Iglesia Cristiana El Buen Pastor; Terence Driscoll,<br><br>     Plaintiffs,<br>v.<br><br>Patriot Movement AZ; AZ Patriots; Jennifer Harrison; Sean Harrison; Lesa Antone; Russell Jaffe; Jeremy Bronaugh; Antonio Foreman; Laura Damasco; Tami Jo Garver; Michael Pavlock; "Brandi Payne"; Jane Roe; "Eduardo Jaime"; John Does 1 & 2,<br><br>     Defendants. | No. 2:19-cv-04347-JJT<br><br>**JOINT MOTION TO EXTEND RESPONSE DEADLINES FOR DEFENDANTS JENNIFER HARRISON, SEAN HARRISON, JEREMY BRONAUGH, MICHAEL PAVLOCK AND EDUARDO JAIME**<br><br>**(FIRST REQUEST)** |

Plaintiffs' counsel and counsel for Jennifer Harrison, Sean Harrison, Jeremy Bronaugh, Michael Pavlock and Eduardo Jaime request that the response date for Defendants Jennifer Harrison, Sean Harrison, Jeremy Bronaugh, Michael Pavlock and Eduardo Jaime be extended until August 30, 2019.

At this point, several of the other Defendants not seeking this extension have not been served. Therefore, this extension will not unduly delay the process of this case and will allow the parties to perhaps discuss an early resolution of this dispute.

RESPECTFULLY SUBMITTED this 15th day of July, 2019.

**MAYNARD CRONIN ERICKSON CURRAN & REITER, P.L.C.**

By   /s/Michael D. Curran
       Michael D. Curran
       3200 North Central Avenue, Ste. 1800
       Phoenix, Arizona 85012
       *Attorneys for Defendants Jennifer Harrison, Sean Harrison, Jeremy Bronaugh, Michael Pavlock and Eduardo Jaime*

**STINSON, LLP**

By   /s/Larry J. Wulken w/permission
       Larry J. Wulken
       1850 N. Central Avenue, Ste. 2100
       Phoenix, Arizona 85004-4584
       *Attorneys for Plaintiffs*

1  **ORIGINAL** of the foregoing e-filed
   this 15th day of July, 2019, with:
2
   Clerk of the Court
3  United States District Court
   401 W. Jefferson
4  Phoenix, AZ  85003

5  **COPY** of the foregoing electronically delivered
   this 15th day of July, 2019, to:
6
   Honorable John J. Tuchi
7  United States District Court
   401 W. Washington
8  Phoenix, AZ  85003

9  Larry J. Wulkan, Esq.
   Javier Torres, Esq.
10 Stinson, LLP
   1850 N. Central Avenue, Suite 2100
11 Phoenix, Arizona 85004-4584

12 David C. Dinielli, Esq.
   Beth D. Jacob, Esq.
13 Southern Poverty Law Center
   400 Washington Avenue
14 Montgomery, Alabama 36104

15 J. Tyler Clemons, Esq.
   Southern Poverty Law Center
16 201 S. Charles Avenue, Suite 2000
   New Orleans, Louisiana 70170
17
   *Attorneys for Plaintiffs*
18
   By: /s/H. Burnett
19

20

21

22

23

24

25

26

27

28