1
2
3
4
5

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alliance of Christian Leaders of the East Valley; Magdalena Schwartz, in her individual capacity and as president pastor of Alliance of Christian Leaders of the East Valley; Iglesia Alfa y Omega; Elias Garcia, in his individual capacity and as pastor of Iglesia Alfa y Omega; Iglesia Monte Vista; Angel Campos, in his individual capacity and as pastor of Iglesia Monte Vista; Iglesia Nueva Esperanza; Iglesia Apostolica; Helping with All My Heart, Inc., an Arizona non-profit corporation; Cristobal Perez, in his individual capacity and as pastor of Iglesia Apostolica De La Comunidad; Iglesia Cristiana El Buen Pastor; Hector Ramirez, in his individual capacity and as pastor of Iglesia Cristiana El Buen Pastor; Terence Driscoll,<br><br>              Plaintiffs,<br>v.<br><br>Patriot Movement AZ; AZ Patriots; Jennifer Harrison; Sean Harrison; Lesa Antone; Russell Jaffe; Jeremy Bronaugh; Antonio Foreman; Laura Damasco; Tami Jo Garver; Michael Pavlock; "Brandi Payne"; Jane Roe; "Eduardo Jaime"; John Does 1 & 2,<br><br>              Defendants. | No. 2:19-cv-04347-JJT<br><br>**ORDER EXTENDING RESPONSE DEADLINES FOR DEFENDANTS JENNIFER HARRISON, SEAN HARRISON, JEREMY BRONAUGH, MICHAEL PAVLOCK AND EDUARDO JAIME** |

Pursuant to the parties' Joint Motion to Extend Response Deadlines, and good cause appearing,

1
2
3
4     IT IS HEREBY ORDERED extending the deadline for Defendants Jennifer Harrison, Sean Harrison, Jeremy Bronaugh, Michael Pavlock and Eduardo Jaime to respond to Plaintiffs' Complaint to August 30, 2019.

      DONE IN OPEN COURT this ___ day of _____, 2019.

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28