**THE DODDS LAW FIRM, PLC**
Dan R. Dodds (#024368)
Tejay Coon (#033517)
14239 W. Bell Rd., Suite 108
Surprise, Arizona 85374
Telephone:    623-544-2980
dan@doddslaw.com
tejay@doddslaw.com
*Attorneys for Defendant Laura Damasco*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alliance of Christian Leaders of the East Valley; et al., <br><br> Plaintiffs, <br> v. <br><br> Patriot Movement AZ; et al., <br><br> Defendants. | No. 2:19-cv-04347-09-JJT <br><br> **JOINT MOTION TO EXTEND RESPONSE DEADLINES FOR DEFENDANT LAURA DAMASCO** <br><br> **(FIRST REQUEST)** |

Counsel for Defendant Laura Damasco and Plaintiffs' Counsel request that the response date for Defendant Damasco be extended until August 30, 2019.

At this point, several of the other Defendants not seeking this extension have not been served. Therefore, this extension will not unduly delay the process of this case and will allow the parties to perhaps discuss an early resolution of this dispute. A proposed ordered is submitted herewith.

-1-

RESPECTFULLY SUBMITTED this 16th day of July, 2019.

**The Dodds Law Firm, PLC**

/s/Tejay Coon
Tejay Coon
*Attorney for Defendant Laura Damasco*

**STINSON, LLP**

/s/Larry J. Wulken
Larry J. Wulken
1850 N. Central Avenue, Ste. 2100
Phoenix, Arizona 85004-4584

*Attorney for Plaintiffs*

ORIGINAL FILED with the Court
this <u>16th</u> day of July, 2019, with

United States District Court
District of Arizona

COPY of the foregoing emailed/mailed
this <u>16th</u> day of July, 2019, to

Larry J. Wulkan (Bar No. 021404)
Javier Torres (Bar No. 0032397)
**STINSON LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600

David C. Dinielli*
Beth D. Jacob*
**SOUTHERN POVERTY LAW CENTER**
400 Washington Avenue
Montgomery, Alabama 36104
Tel: (334) 956-8200

J. Tyler Clemons*
**SOUTHERN POVERTY LAW CENTER**
201 S. Charles Avenue, Suite 2000
New Orleans, Louisiana 70170
Tel: (504) 526-1530


By:   <u>/s/Tanya Balkcom</u>