1

2

3

4

5

6

7

8

9

10

11

12

13

14

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Alliance of Christian Leaders of the East Valley, *et al.*,

          Plaintiffs,

v.

Patriot Movement AZ, *et al.*,

          Defendants.

No. CV-19-04347-PHX-JJT

**ORDER**

15

16

17

18

At issue is the Joint Motion to Extend Response Deadlines for Defendants Jennifer Harrison, Sean Harrison, Jeremy Bronaugh, Michael Pavlock and Eduardo Jaime (Doc. 23) and the Joint Motion to Extend Response Deadlines for Defendant Laura Damasco (Doc. 24).

19

20

21

22

23

24

25

This case is part of the Mandatory Initial Discovery Pilot project ("MIDP") being conducted in the District of Arizona under General Order 17-08, as amended November 1, 2018. Under the MIDP, parties must respond to mandatory initial discovery subjects early in the litigation and before traditional discovery begins under the Federal Rules of Civil Procedure. General Order 17-08, ¶ (A)(2). The parties are to address their compliance with the MIDP in their Rule 26(f) report and at the Rule 16 case management conference. *Id.*, ¶ (A)(9).

26

27

28

The General Order provides that "[a] party seeking affirmative relief must serve its responses to the mandatory initial discovery no later than 30 days after the first pleading filed under Rule 12(a) in response to its complaint, counterclaim, crossclaim, or third-party

1    complaint." *Id.*, ¶ (A)(6). It further provides that "[a] party filing a responsive pleading,

2    whether or not it also seeks affirmative relief, must serve its initial discovery responses no

3    later than 30 days after it files its responsive pleading under Rule 12(a)." *Id.*[1]

4         The "pleading" referred to in these provisions is an answer. Pleadings can also

5    include counterclaims, crossclaims, and third-party claims, but each of these typically is

6    accompanied by an answer. The pleading that triggers discovery obligations under the

7    MIDP is the answer.

8         The parties in this case have requested an extension of Defendants Jennifer

9    Harrison, Sean Harrison, Jeremy Bronaugh, Michael Pavlock Eduardo Jaime, and Laura

10   Damasco's time to file an answer.

11        The Court concludes that the parties have shown good cause, and will grant a one-

12   time extension to August 30, 2019, for Defendants Jennifer Harrison, Sean Harrison,

13   Jeremy Bronaugh, Michael Pavlock, Eduardo Jaime and Laura Damasco to file an answer.

14   Because the effectiveness of the MIDP depends on early disclosures, the Court will not

15   grant additional extensions. Thus, the parties' obligations to produce the information called

16   for in the MIDP within 30 days of the filing of an answer, as set forth in paragraph (A)(6)

17   of the General Order, will be triggered by Defendants Jennifer Harrison, Sean Harrison,

18   Jeremy Bronaugh, Michael Pavlock, Eduardo Jaime and Laura Damasco filing of an

19   answer after this extension.

20        IT IS ORDERED granting the Joint Motions (Docs. 23, 24) and extending

21   Defendants Jennifer Harrison, Sean Harrison, Jeremy Bronaugh, Michael Pavlock,

22   Eduardo Jaime and Laura Damasco's time to file an answer in response to the Complaint

23   (Doc. 1) to August 30, 2019. No further extensions will be granted.

24   . . . .

25   . . . .

26   . . . .

27   ―――――――――
[1] The obligation to respond within 30 days does not apply if the parties certify that no
28   discovery will be conducted in the case, and may be extended for 30 days if the parties
     jointly certify to the Court that they are seeking to settle the case and have a good faith
     belief that it will be resolved within 30 days. *Id.*

1    IT IS FURTHER ORDERED that Plaintiff is required to file proof of service for

2  every defendant served within seven days from the date of this Order.

3    Dated this 19th day of July, 2019.

4

5    _____
    Honorable John J. Tuchi
    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28