# Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client File # 3515773.0002
Account   # 0778
Invoice   # 338688
Liddy     # 305369-3

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Alliance of Christian Leaders of the East Valley,

Plaintiff(s),

vs

Patriot Movement AZ, et al.,

Defendant(s).

**CERTIFICATE OF SERVICE BY PRIVATE PROCESS SERVER**
Case No. 2:19-cv-04347-JJT

ORIGINAL

**ENTITY/PERSON TO BE SERVED:** Jeremy Bronaugh

**PLACE OF SERVICE:** 15769 W. Mohave St., Goodyear, AZ 85338

**DATE OF SERVICE:** On the 26th day of June, 2019 at 6:40 PM     County Maricopa

[X] PERSONAL SERVICE   [ ] Left a copy with a person authorized to accept service.   [ ] At this usual place of abode, I left a copy with a person of suitable age and discretion residing therein.

**Name of Person Served and Relationship/Title:** Personally Served Jeremy Bronaugh.

on 06/20/2019 we received the following documents for service:

Summons in a Civil Action | Complaint | Notice of Availability of United States Magistrate | Notice to Parties Mandatory | an Order

Received from STINSON, LLP, ( LARRY WULKAN #021404 )

PROCESS SERVER: Colton Joralmon #8743

The undersigned states: That I am a certified private process server in the county of Maricopa and am an Officer of the Court.

SIGNATURE OF PROCESS SERVER: _[signature]_     Date: 6/27/2019

| Item | Amount |
|---|---|
| Service of Process | $16.00 |
| Mileage | $52.80 |
| Mileage | $52.80 |
| Doc. Prep Fee | $10.00 |

Tax ID# 90-0533870
I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

Total     $131.60