# Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client File # 3515773.0002
Account   # 0778
Invoice    # 338353
Liddy      # 305369-6

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Alliance of Christian Leaders of the East Valley, et al.,

           Plaintiff(s),

vs

Patriot Movement AZ, et al.,

           Defendant(s).

**CERTIFICATE OF SERVICE BY PRIVATE PROCESS SERVER**
Case No. 2:19-cv-04347-JJT

ORIGINAL

**ENTITY/PERSON TO BE SERVED:** Laura Damasco
**PLACE OF SERVICE:** 13544 West Gemstone Drive, Sun City, AZ, 85375
**DATE OF SERVICE:** On the 22nd day of June, 2019 at 8:55 AM   County Maricopa

[ ] PERSONAL SERVICE
[ ] Left a copy with a person authorized to accept service.
[X] At this usual place of abode, I left a copy with a person of suitable age and discretion residing therein.

**Name of Person Served and Relationship/Title:** Served on Josephine Damasco, Mother/Resident.

on 06/20/2019 we received the following documents for service:
Summons in a Civil Action | Complaint | Notice of Availability of United States Magistrate | Notice to Parties Mandatory | and Order

Received from STINSON, LLP, ( LARRY WULKAN #021404 )
PROCESS SERVER: Matthew Basham #8493
The undersigned states: That I am a certified private process server in the county of Maricopa and am an Officer of the Court.
SIGNATURE OF PROCESS SERVER: /s/ Matthew Basham    Date: 6/24/2019

| Item | Amount |
|---|---|
| Service of Process | $16.00 |
| Mileage | $91.20 |
| Doc. Prep Fee | $10.00 |
| Total | $117.20 |

**Tax ID#** 90-0533870
I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.