# Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client File # 3515773.0002
Account   # 0778
Invoice    # 338189
Liddy      # 305369-5

## UNITES STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Alliance of Christian Leaders of the East Valley, et al.,

                   Plaintiff(s),

vs

Patriot Movement AZ, et al.,

                   Defendant(s).

**CERTIFICATE OF SERVICE BY PRIVATE PROCESS SERVER**
Case No. 2:19-cv-04347-JJT

**ORIGINAL**

**ENTITY/PERSON TO BE SERVED:** Sean M. Harrison

**PLACE OF SERVICE:** 13030 North 75th Drive, Peoria, AZ, 85381

**DATE OF SERVICE:** On the 20 day of June, 2019 at 6:44 PM      County Maricopa

[X] PERSONAL SERVICE   [ ] Left a copy with a person authorized to accept service.   [ ] At this usual place of abode, I left a copy with a person of suitable age and discretion residing therein.

**Name of Person Served and Relationship/Title**   Personally Served Sean M. Harrison.

on  06/20/2019  we received the following documents for service:

Summons in a Civil Action | Complaint | Notice of Availability of United States Magistrate | Notice to Parties Mandatory | and Order

**Received from STINSON, LLP, ( LARRY WULKAN #021404 )**

PROCESS SERVER:  Matthew Basham #8493

The undersigned states: That I am a certified private process server in the county of Maricopa and am an Officer of the Court.

SIGNATURE OF PROCESS SERVER: _____   Date: 6/21/2019

| Item | Amount |
| --- | --- |
| Service of Process | $16.00 |
| Doc. Prep Fee | $10.00 |

**Tax ID#** 90-0533870
I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

Total   $26.00