Larry J. Wulkan (Bar No. 021404)
Javier Torres (Bar No. 0032397)
**STINSON LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email:  larry.wulkan@stinson.com
         javier.torres@stinson.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Alliance of Christian Leaders of the East Valley; Magdalena Schwartz, in her individual capacity and as president pastor of Alliance of Christian Leaders of the East Valley; Iglesia Alfa y Omega; Elias Garcia, in his individual capacity and as pastor of Iglesia Alfa y Omega; Iglesia Monte Vista; Angel Campos, in his individual capacity and as pastor of Iglesia Monte Vista; Iglesia Nueva Esperanza; Israel Camacho, in his individual capacity and as pastor of Iglesia Nueva Esperanza; Iglesia Apostolica; Helping With All My Heart, Inc., an Arizona non-profit corporation; Cristobal Perez, in his individual capacity and as pastor of Iglesia Apostolica De La Comunidad; Iglesia Cristiana El Buen Pastor; Hector Ramirez, in his individual capacity and as pastor of Iglesia Cristiana El Buen Pastor; Terence Driscoll, <br><br> Plaintiffs, <br><br> v. <br><br> Patriot Movement AZ; AZ Patriots; Jennifer Harrison; Sean Harrison; Lesa Antone; Russell Jaffe; Jeremy Bronaugh; Antonio Foreman; Laura Damasco; Tami Jo Garver; Michael Pavlock; "Brandi Payne"; Jane Roe; "Eduardo Jaime"; John Does 1 & 2, <br><br> Defendants. | No. 2:19-cv-04347-JJT <br><br> **NOTICE OF DISMISSAL OF SEAN HARRISON ONLY** |

CORE/3515773.0002/154117798.1

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs dismiss Defendant Sean Harrison from this matter.

RESPECTFULLY SUBMITTED this 7th day of August 2019.

**STINSON LLP**

By: */s/ Larry J. Wulkan*
Larry J. Wulkan
Javier Torres
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584

Attorneys for the Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2019, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court for the District of Arizona by using the CM/ECF System. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system:

Dan R. Dodds
Tejay Coon
THE DODDS LAW FIRM, PLC
14239 W. Bell Road, Suite 108
Surprise, AZ  85374
*Attorneys for Defendants Damasco and Payne*

Michael D. Curran
MAYNARD CRONIN ERICKSON CURRAN & REITER, P.L.C.
3200 N. Central Avenue, Suite 1800
Phoenix, AZ  85012
*Attorneys for Defendants Bronaugh, Harrison, Jaime, and Pavlock*

By: */s/ Kathleen Kaupke*