Larry J. Wulkan (Bar No. 021404)
Javier Torres (Bar No. 0032397)
**STINSON LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email:  larry.wulkan@stinson.com
         javier.torres@stinson.com

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Alliance of Christian Leaders of the East Valley; Magdalena Schwartz, in her individual capacity and as president pastor of Alliance of Christian Leaders of the East Valley; Iglesia Alfa y Omega; Elias Garcia, in his individual capacity and as pastor of Iglesia Alfa y Omega; Iglesia Monte Vista; Angel Campos, in his individual capacity and as pastor of Iglesia Monte Vista; Iglesia Nueva Esperanza; Israel Camacho, in his individual capacity and as pastor of Iglesia Nueva Esperanza; Iglesia Apostolica; Helping With All My Heart, Inc., an Arizona non-profit corporation; Cristobal Perez, in his individual capacity and as pastor of Iglesia Apostolica De La Comunidad; Iglesia Cristiana El Buen Pastor; Hector Ramirez, in his individual capacity and as pastor of Iglesia Cristiana El Buen Pastor; Terence Driscoll,<br><br>　　　　　　Plaintiffs,<br>v.<br>Patriot Movement AZ; AZ Patriots; Jennifer Harrison; Sean Harrison; Lesa Antone; Russell Jaffe; Jeremy Bronaugh; Antonio Foreman; Laura Damasco; Tami Jo Garver; Michael Pavlock; "Brandi Payne"; Jane Roe; "Eduardo Jaime"; John Does 1 & 2,<br><br>　　　　　　Defendants. | No. 2:19-cv-04347-JJT<br><br>**REQUEST FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT UPON DEFENDANTS LISA ANTONE, RUSSELL JAFFE, AND PATRIOT MOVEMENT AZ** |

Pursuant to Federal Rule of Civil Procedure 4(m) and this Court's June 4, 2019 Order (Doc. 6), Plaintiffs move the Court for a forty-five (45) day extension, through and including October 19, 2019, to serve Defendants Lesa Antone, Russell Jaffe, and Patriot Movement AZ. Defendants Antone and Jaffe are married and reside together. Antone and Jaffe founded Defendant Patriot Movement AZ in 2017. Good cause for the extension exists because Antone and Jaffe are evading service, which has prevented Plaintiffs from serving these defendants.

Plaintiffs filed their complaint on June 4, 2019 (Doc. 1), naming multiple defendants, including Antone, Jaffe, and Patriot Movement AZ. With the exception of Antone, Jaffe, and Patriot Movement AZ, all of the defendants have waived service, appeared, or will be dismissed[1] by Plaintiffs. Per this Court's June 4, 2019 Order (Doc. 6), the deadline to serve Antone, Jaffe, and Patriot Movement AZ is September 4, 2019.

Plaintiffs attempted to serve Antone and Jaffe (who, as the founders of Patriot Movement AZ, are the persons upon whom Plaintiffs would need to effect service in order to serve Patriot Movement AZ, *see* Ariz. R. Civ. P. 4.1(i)) nine times at their home; there was no answer at the door, but the process server noted that there were multiple cars in the driveway, and heard a man's voice from inside the home yelling at dogs to be quiet. *See* Affidavits of Attempted Service by Private Process Server, **Exhibit C**. Given this, and the fact that Antone has given multiple media interviews regarding the filing of the lawsuit, including immediately after the lawsuit was filed,[2] it is clear Antone and Jaffe (and thus Patriot Movement AZ) are evading service.

Therefore, Plaintiffs have begun the process to serve Antone, Jaffe, and Patriot

---

[1] Plaintiffs previously dismissed Defendant Sean Harrison. (Document 32). Plaintiffs made attempts to serve Defendants Antonio Foreman and Tami Jo Garver, but were unable to do so successfully. *See* **Exs. A and B** (affidavits of attempted service by process server as to Defendants Garver and Foreman). In the interest of expediency, Plaintiffs will likely file notices of dismissal as to Defendants Garver and Foreman shortly.

[2] *See, e.g.*, 12 News, *Pastors file suit against anti-illegal immigration activists*, (June 4, 2019), https://www.12news.com/article/news/local/pastors-file-suit-against-anti-illegal-immigration-activists/75-bd549382-62c1-4217-b436-d83f9fc4e97b (video interview of Lesa Antone regarding allegations of lawsuit); One America News Network, *Patriot Movement Arizona President, Lesa Antone, on Illegal Immigration*, YOUTUBE (July 9, 2019), https://www.youtube.com/watch?v=BIGVcRO7vQw (interview of Lesa Antone by host Graham Ledger on "The Daily Ledger" show discussing allegations of lawsuit).

| | |
|---|---|
| 1 | Movement AZ by publication.  *See, e.g., Merchants Bonding Co. (Mut.) v. U.S. Prefab, Inc.*, |
| 2 | No. CV 12-501-PHX-JAT, 2012 WL 2357319, at *1 (D. Ariz. June 20, 2012) (Teilborg, J.) |
| 3 | ("The decision whether to pursue personal service or service by publication is that of the |
| 4 | plaintiff, not the court [and][b]ecause the court does not preauthorize service by publication, |
| 5 | the determination whether publication constitutes adequate service is made later in the case…. |
| 6 | Plaintiff need not seek Court approval to effect service by publication…."). |

The requested extension of time would allow for completion of service by publication upon defendants Antone, Jaffe, and Patriot Movement AZ.

RESPECTFULLY SUBMITTED this 30th day of August 2019.

**STINSON LLP**

By:  */s/ Larry J. Wulkan*
Larry J. Wulkan
Javier Torres
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584

3

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2019, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court for the District of Arizona by using the CM/ECF System. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system:

>Dan R. Dodds
>Tejay Coon
>THE DODDS LAW FIRM, PLC
>14239 W. Bell Road, Suite 108
>Surprise, AZ 85374
>*Attorneys for Defendants Damasco and Payne*
>
>Michael D. Curran
>MAYNARD CRONIN ERICKSON CURRAN & REITER, P.L.C.
>3200 n. Central Avenue, Suite 1800
>Phoenix, AZ 85012
>*Attorneys for Defendants Bronaugh, Harrison, Jaime, and Pavlock*

By:  */s/ Cynthia Fischer*

CORE/3515773.0002/154461015.3