# EXHIBIT A

# EXHIBIT A

# Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client File # 3515773.0002
Account    # 0778
Invoice    # 338261
Liddy      # 305369-7

## UNITED STATES DISTRICT COURT

### District of Arizona

Alliance of Christian Leaders of the East Valley,

        Plaintiff,

vs.

Patriot Movement AZ, et al.,

        Defendant(s).

**AFFIDAVIT OF ATTEMPTED SERVICE BY PRIVATE PROCESS SERVER**
Case No. 19-CV-04347

ORIGINAL

STATE OF ARIZONA
County of Maricopa

On 06/20/19 I received a Summons; Complaint; Notice of Availability of United States Magistrate; Notice to Parties Maqndatory; and Order, and in each instance I personally attempted to serve a copy of each document listed on those named below in the manner and at the time and place shown, that all attempts, except where noted were made within Maricopa County, Arizona.

Upon TAMI JO GARVER at 3250 W. Grovers Ave., Phoenix, AZ 85053; on 06/20/19 at 6:30pm, I spoke with Cindy Johnson, current resident who stated that Tami Garver is a past resident, no further information known. There is 1 vehicle present (AZ License Plate "MAGA 19").  I am returning documents to the client.

Received from STINSON, LLP, ( LARRY WULKAN #021404 )

PROCESS SERVER:  Marcella Mendez #8752

The undersigned states: That I am a certified private process server in the county of Maricopa and am an Officer of the Court.

SIGNATURE OF PROCESS SERVER: _____  Date: 6/23/2019

| Item | Amount |
|---|---|
| Mileage | $52.80 |
| Affidavit/Notary | $10.00 |
| Total | $62.80 |

Subscribed and sworn before me on 6/23/2019

Patricia Ann Matheras
Notary Public
My Commission Expires
January 5, 2023

Tax ID# 90-0533870

PATRICIA ANN MATHERS
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 556966
Expires January 5, 2023

# EXHIBIT B

# EXHIBIT B

# Liddy Legal Support Services
PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client File # 3515773.0002
Account # 0778
Invoice # -----------
Liddy # 305516-1

## UNITED STATES DISTRICT COURT
### District of Arizona

ALLIANCE OF CHRISTIAN LEADERS OF THE
EAST VALLEY; et. al.,

                                        Plaintiff(s),

vs

PATRIOT MOVEMENT, AZ; et. al.,

                                        Defendant(s).

**AFFIDAVIT OF ATTEMPTED SERVICE
BY PRIVATE PROCESS SERVER
Case No. 2:19-cv-04347-JJT**

 ORIGINAL

STATE OF CALIFORNIA
County of Ventura

On 7/10/2019 I received a Summons; Complaint; Notice, Consent, and Order of Reference-Exercise of Jurisdiction by a United States Magistrate Judge; Notice to Parties - Mandatory Initial Discovery Pilot Project; General Order 17-08; Mandatory Initial Discovery Pilot Project Checklist; and Order, and in each instance I personally attempted to serve a copy of each document listed on those named below in the manner at the time and place shown, that all attempts, except where noted were made within Ventura County, California.

Upon Antonio Neal Foreman at 1920 Summer Cloud Dr., Thousand Oaks, CA 91352 on 6/23/19 @ 8:18 AM - at this residence there is a large front porch surrounded by a tall wrought Iron fence with a "Ring" bell system. A female voice answered and said that no one named Antonio Foreman lived there, she also stated that it was not the Foreman residence. No other information given.

**Received from STINSON, LLP, ( LARRY WULKAN #021404 )**
PROCESS SERVER: PAUL DRYMAN, #640 VENTURA COUNTY

The undersigned states: That I am a private process server in the county of Ventura, State of California.

SIGNATURE OF PROCESS SERVER: *Paul Dryman*  Date: 07/19/2019

Subscribed and sworn before me on
7/19/19

*[signature]*
Notary Public
My Commission Expires - May 29 2020

AZMARY AKHTER
Notary Public - California
Ventura County
Commission # 2155230
My Comm. Expires May 29, 2020

Tax ID# 90-0533870

# EXHIBIT C

# EXHIBIT C

# Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client File # 3515773.0002
Account   # 0778
Invoice   # 339335
Liddy     # 305369-1

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Alliance of Christian Leaders of the East Valley,

                             Plaintiff(s),

vs

Patriot Movement AZ, et al.,

                             Defendant(s).

**AFFIDAVIT OF ATTEMPTED SERVICE BY PRIVATE PROCESS SERVER**
Case No. 2:19-cv-04347-JJT

STATE OF ARIZONA, County of Maricopa

On 06/20/2019 I received a Summons in a Civil Action, Complaint, Notice of Availability of United States Magistrate, Notice to Parties Mandatory, and Order, and in each instance I personally attempted to serve a copy of each document listed on those named below in the manner at the time and place shown, that all attempts, except where noted were made within Maricopa County, Arizona.

Upon LESA ANTONE at 13304 W. Stella Lane, Litchfield Park, AZ 85340; on 06/23/2019 at 12:26pm, There is no answer at the door, a dog is barking and I can hear someone from inside the home. There is 1 vehicle parked in the driveway with AZ License Plate No. 3FR9629; on 06/29/2019 at 9:35am, There is no answer at the door, dogs are barking and I can hear a man telling the dogs to be quiet. There are 2 vehicles parked in the driveway, a Black Kia and a White Hyundia with AZ License Plate No. CJF9187; on 06/29/2019 at 7:20pm, There is no answer at the door and dogs are barking. The same vehicles are present; on 06/30/2019 at 11:50am, There is no answer at the door and the dogs are barking. The same vehicles are present; on 06/30/2019 at 7:50pm, There is no answer at the door and the dogs are barking. The same vehicles are present; on 07/01/2019 at 9:40am, There is no answer at the door and the dogs are barking. The same vehicles are present; on 07/06/2019 at 6:40pm, There is no answer at the door and the dogs are barking. The same vehicles are present; on 07/07/2019 at 3:10pm, There is no answer at the door and the dogs are barking. The same vehicles are present. Service is placed on hold pending further instructions.

**Received from STINSON, LLP, ( LARRY WULKAN #021404 )**

PROCESS SERVER: Floyd R. Brown #8388

The undersigned states: That I am a certified private process server in the county of Maricopa and am an Officer of the Court.

SIGNATURE OF PROCESS SERVER: _Floyd R Brown_   Date: 7/8/2019

Subscribed and sworn before me on 7/8/2019

_Patricia Ann Mathers_
Patricia Ann Mathers
Notary Public
My Commission Expires
January 5, 2023

Tax ID# 90-0533870

| Item | Amount |
|---|---|
| Mileage | $60.00 |
| Mileage | $60.00 |
| Affidavit/Notary | $10.00 |
| Total | $130.00 |


PATRICIA ANN MATHERS
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 558966
Expires January 5, 2023

# Liddy Legal Support Services
PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

Client File # 3515773.0002
Account    # 0778
Invoice    # 339336
Liddy      # 305369-2

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Alliance of Christian Leaders of the East Valley,

                      Plaintiff(s),

vs

Patriot Movement AZ, et al.,

                      Defendant(s).

**AFFIDAVIT OF ATTEMPTED SERVICE
BY PRIVATE PROCESS SERVER**
Case No. 2:19-cv-04347-JJT

STATE OF ARIZONA, County of Maricopa

On 06/20/2019 I received a Summons in a Civil Action, Complaint, Notice of Availability of United States Magistrate, Notice to Parties Mandatory, and Order, and in each instance I personally attempted to serve a copy of each document listed on those named below in the manner at the time and place shown, that all attempts, except where noted were made within Maricopa County, Arizona.

Upon RUSSELL JAFFE at 13304 W. Stella Lane, Litchfield Park, AZ 85340; on 06/23/2019 at 12:26pm, There is no answer at the door, a dog is barking and I can hear someone from inside the home. There is 1 vehicle parked in the driveway with AZ License Plate No. 3FR9629; on 06/29/2019 at 9:35am, There is no answer at the door, dogs are barking and I can hear a man telling the dogs to be quiet. There are 2 vehicles parked in the driveway, a Black Kia and a White Hyundia with AZ License Plate No. CJF9187; on 06/29/2019 at 7:20pm, There is no answer at the door and dogs are barking. The same vehicles are present; on 06/30/2019 at 11:50am, There is no answer at the door and the dogs are barking. The same vehicles are present; on 06/30/2019 at 7:50pm, There is no answer at the door and the dogs are barking. The same vehicles are present; on 07/01/2019 at 9:40am, There is no answer at the door and the dogs are barking. The same vehicles are present; on 07/06/2019 at 6:40pm, There is no answer at the door and the dogs are barking. The same vehicles are present; on 07/07/2019 at 3:10pm, There is no answer at the door and the dogs are barking. The same vehicles are present. Service is placed on hold pending further instructions.

**Received from STINSON, LLP, ( LARRY WULKAN #021404 )**

PROCESS SERVER:   Floyd R. Brown #8388

The undersigned states: That I am a certified private process server in the county of Maricopa and am an Officer of the Court.

SIGNATURE OF PROCESS SERVER: *Floyd R Brown*   Date: 7/8/2019

Subscribed and sworn before me on 7/8/2019

*Patricia Ann Mathers*
Patricia Ann Mathers
Notary Public
My Commission Expires
January 5, 2023

Tax ID# 90-0533870

| Item | Amount |
|---|---|
| Affidavit/Notary | $10.00 |
| Total | $10.00 |

PATRICIA ANN MATHERS
Notary Public - State of Arizona
MARICOPA COUNTY
Commission # 556966
Expires January 5, 2023