**THE DODDS LAW FIRM, PLC**
Dan R. Dodds (#024368)
W. Sean Whitaker (#031269)
**Tejay Coon (#033517)**
14239 W. Bell Rd., Suite 108
Surprise, Arizona 85374
Telephone:      623-544-2980
Facsimile:      623-544-2874
**tejay@doddslaw.com**
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Alliance of Christian Leaders of the East Valley, *et al.*,<br><br>                                 Plaintiffs,<br><br>v.<br><br>Patriot Movement AZ; *et al*,<br><br>                                 Defendants. | Civ. No. 2:19-cv-04347-09-JJT<br><br>MOTION FOR A MORE DEFINITE STATEMENT |

Pursuant to Rule 12(e) of the Federal Rules of Civil Procedure, Defendant Laura Damasco ("Damasco") respectfully moves this Court for an Order requiring Plaintiffs to provide a more definite statement of its complaint. A Memorandum of Points and Authorities in support of Damasco's motion and a Proposed Order are submitted along with this motion pursuant to LCvR 7.1.

RESPECTFULLY SUBMITTED this <u>30th</u> day of August, 2019.

The Dodds Law Firm, PLC

/s/Tejay Coon
Tejay Coon
Dan R. Dodds
14239 W Bell Rd, Ste. 108
Surprise, AZ 85374
***Attorneys for Defendant***

ORIGINAL FILED with the Court
this <u>30th</u> day of August, 2019, with

United States District Court
District of Arizona

COPY of the foregoing emailed/mailed
this <u>30th</u> day of August, 2019, to

Larry J. Wulkan (Bar No. 021404)
Javier Torres (Bar No. 0032397)
**STINSON LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600

By: <u>/s/Tanya Balkcom</u>

-2-