Michael D. Curran, No. 012677
**MAYNARD CRONIN ERICKSON**
**CURRAN & REITER, P.L.C.**
3200 North Central Avenue, Suite 1800
Phoenix, Arizona 85012
Telephone: (602) 279-8541
E-Mail: mcurran@mmcec.com

*Attorneys for Defendants Jennifer Harrison,*
*Jeremy Bronaugh, Michael Pavlock and Eduardo Jaime*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Alliance of Christian Leaders of the East Valley; Magdalena Schwartz, in her individual capacity and as president pastor of Alliance of Christian Leaders of the East Valley; Iglesia Alfa y Omega; Elias Garcia, in his individual capacity and as pastor of Iglesia Alfa y Omega; Iglesia Monte Vista; Angel Campos, in his individual capacity and as pastor of Iglesia Monte Vista; Iglesia Nueva Esperanza; Iglesia Apostolica; Helping with All My Heart, Inc., an Arizona non-profit corporation; Cristobal Perez, in his individual capacity and as pastor of Iglesia Apostolica De La Comunidad; Iglesia Cristiana El Buen Pastor; Hector Ramirez, in his individual capacity and as pastor of Iglesia Cristiana El Buen Pastor; Terence Driscoll,<br><br>                    Plaintiffs,<br>v.<br><br>Patriot Movement AZ; AZ Patriots; Jennifer Harrison; Sean Harrison; Lesa Antone; Russell Jaffe; Jeremy Bronaugh; Antonio Foreman; Laura Damasco; Tami Jo Garver; Michael Pavlock; "Brandi Payne"; Jane Roe; "Eduardo Jaime"; John Does 1 & 2,<br><br>                    Defendants. | No. 2:19-cv-04347-JJT<br><br>**JOINT NOTICE OF SETTLEMENT** |

Plaintiffs' counsel and counsel for Jennifer Harrison, Jeremy Bronaugh, Michael Pavlock and Eduardo Jaime hereby give notice that they have reached an agreement to resolve all claims between and among their respective clients by means of a Consent Decree. Counsel will be filing a joint motion asking the Court to approve and enter the Consent Decree. Counsel anticipate that this motion will be filed on Tuesday, September 3, 2019.

RESPECTFULLY SUBMITTED this 30th day of August, 2019.

**MAYNARD CRONIN ERICKSON CURRAN & REITER, P.L.C.**

By   /s/Michael D. Curran
    Michael D. Curran
    3200 North Central Avenue, Ste. 1800
    Phoenix, Arizona 85012
    *Attorneys for Defendants Jennifer Harrison, Sean Harrison, Jeremy Bronaugh, Michael Pavlock and Eduardo Jaime*

**STINSON, LLP**

By   /s/Larry J. Wulken (w/permission)
    Larry J. Wulken
    1850 N. Central Avenue, Ste. 2100
    Phoenix, Arizona 85004-4584
    *Attorneys for Plaintiffs*

| | |
|---|---|
| 1 | **ORIGINAL** of the foregoing e-filed this 30th day of August, 2019, with: |
| 2 | |
| 3 | Clerk of the Court<br>United States District Court<br>401 W. Jefferson |
| 4 | Phoenix, AZ  85003 |
| 5 | **COPY** of the foregoing electronically delivered this 30th day of August, 2019, to: |
| 6 | |
| 7 | Honorable John J. Tuchi<br>United States District Court<br>401 W. Washington |
| 8 | Phoenix, AZ  85003 |
| 9 | Larry J. Wulkan, Esq.<br>Javier Torres, Esq. |
| 10 | Stinson, LLP<br>1850 N. Central Avenue, Suite 2100 |
| 11 | Phoenix, Arizona 85004-4584 |
| 12 | Dan R. Dodds, Esq.<br>W. Sean Whitaker, Esq. |
| 13 | Tejay Coon, Esq.<br>14239 W. Bell Rd., Suite 108 |
| 14 | Surprise, Arizona 85374 |
| 15 | |
| 16 | By: /s/H. Burnett |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |