IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alliance of Christian Leaders of the East Valley, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>Patriot Movement AZ, *et al.*,<br><br>    Defendants. | No. CV-19-04347-PHX-JJT<br><br>**ORDER** |

At issue is Plaintiffs' Motion/Request for Extension of Time to Serve Summons and Complaint Upon Defendants Lisa Antone, Russell Jaffe and Patriot Movement AZ (Doc. 35). Upon review and good cause appearing;

IT IS HEREBY ORDERED granting Plaintiffs' Motion (Doc. 35). Plaintiffs shall have through and including October 21, 2019, to serve the Summons and Complaint on Defendants Lesa Antone, Russell Jaffe and Patriot Movement AZ and file proof of service on the docket.

Dated this 3rd day of September, 2019.

_____
Honorable John J. Tuchi
United States District Judge