Larry J. Wulkan (Bar No. 021404)
Javier Torres (Bar No. 0032397)
**STINSON LLP**
1850 N. Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email:  larry.wulkan@stinson.com
          javier.torres@stinson.com

*Attorneys for Plaintiffs*

Michael D. Curran (Bar No. 012677)
**MAYNARD CRONIN ERICKSON CURRAN & REITER, P.L.C.**
3200 N. Central Avenue, Suite 1800
Phoenix, Arizona 85012
Tel: (602) 279-8541
Email:  mcurran@mmcec.com

*Attorneys for Defendants Jeremy Bronaugh, Eduardo Jaime, Jennifer Harrison, Michael Pavlock and AZ Patriots*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Alliance of Christian Leaders of the East Valley; Magdalena Schwartz, in her individual capacity and as president pastor of Alliance of Christian Leaders of the East Valley; Iglesia Alfa y Omega; Elias Garcia, in his individual capacity and as pastor of Iglesia Alfa y Omega; Iglesia Monte Vista; Angel Campos, in his individual capacity and as pastor of Iglesia Monte Vista; Iglesia Nueva Esperanza; Israel Camacho, in his individual capacity and as pastor of Iglesia Nueva Esperanza; Iglesia Apostolica; Helping With All My Heart, Inc., an Arizona non-profit corporation; Cristobal Perez, in his individual capacity and as pastor of Iglesia Apostolica De La Comunidad; Iglesia Cristiana El Buen Pastor; Hector Ramirez, in his individual capacity and as pastor of Iglesia Cristiana El Buen Pastor; Terence Driscoll,<br><br>Plaintiffs, | No. 2:19-cv-04347-JJT<br><br>**JOINT MOTION BETWEEN PLAINTIFFS AND CERTAIN DEFENDANTS FOR ENTRY OF CONSENT DECREE** |

v.

Patriot Movement AZ; AZ Patriots; Jennifer Harrison; Sean Harrison; Lesa Antone; Russell Jaffe; Jeremy Bronaugh; Antonio Foreman; Laura Damasco; Tami Jo Garver; Michael Pavlock; "Brandi Payne"; Jane Roe; "Eduardo Jaime"; John Does 1 & 2,

      Defendants.

Plaintiffs and Defendants Jeremy Bronaugh, Jennifer Harrison, Eduardo Jaime, Michael Pavlock, and AZ Patriots ("Consenting Defendants") have reached a resolution in this matter that is contingent on the Court entering the consent decree which has been lodged with this motion. The consent decree memorializes these parties' agreements and resolves all of Plaintiffs' substantive claims against Consenting Defendants.

In light of the foregoing, Plaintiffs and Consenting Defendants request that this Court approve and enter the consent decree as soon as possible.

RESPECTFULLY SUBMITTED this 6th day of September, 2019.

      **STINSON LLP**

    By: */s/ Larry J. Wulkan*
      Larry J. Wulkan
      Javier Torres
      1850 North Central Avenue, Suite 2100
      Phoenix, Arizona 85004-4584
      *Attorneys for Plaintiffs*

      **MAYNARD CRONIN ERICKSON CURRAN & REITER, P.L.C.**

    By: */s/ Michael D. Curran*
      Michael D. Curran
      3200 N. Central Avenue, Suite 1800
      Phoenix, Arizona 85012
      *Attorneys for Defendants Jeremy Bronaugh, Eduardo Jaime, Jennifer Harrison, Michael Pavlock, and AZ Patriots*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2019, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court for the District of Arizona by using the CM/ECF System. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system:

>Dan R. Dodds
>Tejay Coon
>THE DODDS LAW FIRM, PLC
>14239 W. Bell Road, Suite 108
>Surprise, AZ  85374
>*Attorneys for Defendants Damasco and Payne*
>
>Michael D. Curran
>MAYNARD CRONIN ERICKSON CURRAN & REITER, P.L.C.
>3200 N. Central Avenue, Suite 1800
>Phoenix, AZ  85012
>*Attorneys for Defendants Bronaugh, Harrison, Jaime, Pavlock and AZ Patriots*

By:  */s/ Kathleen Kaupke*

CORE/3515773.0002/154600078.2