**THE DODDS LAW FIRM, PLC**
Dan R. Dodds (#024368)
W. Sean Whitaker (#031269)
**Tejay Coon (#033517)**
14239 W. Bell Rd., Suite 108
Surprise, Arizona 85374
Telephone:     623-544-2980
Facsimile:      623-544-2874
**tejay@doddslaw.com**
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Alliance of Christian Leaders of the East Valley, *et al.*, | Civ. No. 2:19-cv-04347-12-JJT |
| Plaintiffs, | MOTION FOR A MORE DEFINITE STATEMENT |
| v. | |
| Patriot Movement AZ; *et al*, | |
| Defendants. | |

Pursuant to Rule 12(e) of the Federal Rules of Civil Procedure, Defendant Brandi Payne ("Payne") respectfully moves this Court for an Order requiring Plaintiffs to provide a more definite statement of their complaint. A Memorandum of Points and Authorities in support of Payne's motion and a Proposed Order are submitted along with this motion pursuant to LCvR 7.1.

-1-

RESPECTFULLY SUBMITTED this 16th day of September, 2019.

                The Dodds Law Firm, PLC

                /s/Tejay Coon
                Tejay Coon
                Dan R. Dodds
                14239 W Bell Rd, Ste. 108
                Surprise, AZ 85374
                ***Attorneys for Defendant***

ORIGINAL FILED with the Court
this 16th day of September, 2019, with

United States District Court
District of Arizona

COPY of the foregoing emailed/mailed
this 16th day of September, 2019, to

Larry J. Wulkan (Bar No. 021404)
Javier Torres (Bar No. 0032397)
**STINSON LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600


By: /s/Tanya Balkcom