# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alliance of Christian Leaders of the East Valley, *et al.*,<br><br>         Plaintiffs,<br><br>v.<br><br>Patriot Movement AZ, *et al.*,<br><br>         Defendants. | No. CV-19-04347-PHX-JJT<br><br>**ORDER** |

At issue is the Joint Motion Between Plaintiffs and Certain Defendants for Entry of Consent Decree (Doc. 39). Upon review and good cause appearing;

IT IS HEREBY ORDERED granting the Joint Motion (Doc. 39) as to Consenting Defendants Jeremy Bronaugh, Jennifer Harrison, Eduardo Jaime, Michael Pavlock, and AZ Patriots. The Court will enter the Consent Decree by separate order.

Dated this 20th day of September, 2019.

Honorable John J. Tuchi
United States District Judge