# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alliance of Christian Leaders of the East Valley, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Patriot Movement AZ, *et al.*,<br><br>　　　　Defendants. | No. CV-19-04347-PHX-JJT<br><br>**ORDER** |

Pursuant to this court's order of June 4, 2019 (Doc. 6),

IT IS ORDERED dismissing this action without prejudice under Rule 4(m), Fed. R. Civ. P. as to Defendants Antonio Foreman and Tami Jo Garver.

Dated this 27th day of September, 2019.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable John J. Tuchi
　　　　　　　　　　　　　　　　　　United States District Judge