**THE DODDS LAW FIRM, PLC**
Dan R. Dodds (#024368)
Tejay Coon (#033517)
14239 W. Bell Rd., Suite 108
Surprise, Arizona 85374
Telephone:     623-544-2980
Facsimile:     623-544-2874
dan@doddslaw.com
tejay@doddslaw.com
*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Alliance of Christian Leaders of the East Valley; Magdalena Schwartz, in her individual capacity and as president pastor of Alliance of Christian Leaders of the East Valley; Iglesia Alfa y Omega; Elias Garcia, in his individual capacity and as pastor of Iglesia Alfa y Omega; Iglesia Monte Vista; Angel Campos, in his individual capacity and as pastor of Iglesia Monte Vista; Iglesia Nueva Esperanza; Israel Camacho, in his individual capacity and as pastor of Iglesia Nueva Esperanza; Iglesia Apostolica; Helping With All My Heart, Inc., an Arizona non-profit corporation; Cristobal Perez, in his individual capacity and as pastor of Iglesia Apostolica De La Comunidad; Iglesia Cristiana El Buen Pastor; Hector Ramirez, in his individual capacity and as pastor of Iglesia Cristiana El Buen Pastor; Terence Driscoll, | No. 2:19-cv-04347-09-JJT |
| Plaintiffs, | **STIPULATED MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| v. | |
| Patriot Movement AZ; AZ Patriots; Jennifer Harrison; Sean Harrison; Lesa Antone; Russell Jaffe; Jeremy Bronaugh; Antonio Foreman; Laura Damasco; Tami Jo Garver; Michael Pavlock; "Brandi Payne"; Jane Roe; "Eduardo Jaime"; John Does 1 & 2, | |
| Defendants. | |

-1-

-2-

1

2

Pursuant to LRCiv. 83.3, with the client's approval, Dan    Dodds    and    Tejay    Coon, attorneys of The Dodds Law Firm, PLC, hereby move to withdraw as attorneys of record for  the following Defendant:

3

4

5

LAURA DAMASCO
13544 W. Gemstone Drive
Sun City West, AZ 85375
631-942-2015

6

7

8

Good cause exists for counsels' withdrawal in that the above-named Defendant has requested such withdrawal.  A form of order is submitted herewith for the Court's convenience in accordance with LRCiv 83.3(b)(1).

9

10

RESPECTUFLLY SUBMITTED this 2nd day of October, 2019.

11

12

13

The Dodds Law Firm, PLC

14

/s/ Dan Dodds

Dan R. Dodds
*Attorney for Defendant*
*Damasco*

15

16

17

/s/ Tejay Coon

Tejay Coon
*Attorney for Defendant*
*Damasco*

18

19

20

 /s/Laura Damasco

Laura Damasco
Defendant

21

22

23

24

25

-2-

1  ORIGINAL FILED with the Court
2  this 2nd day of October, 2019, with

3  United States District Court
   District of Arizona

4
   COPY of the foregoing emailed/mailed
5  this 2nd day of October, 2019, to

6  Larry J. Wulkan (Bar No. 021404)
   Javier Torres (Bar No. 0032397)
7  **STINSON LLP**
   1850 North Central Avenue, Suite 2100
8  Phoenix, Arizona 85004-4584
   Tel: (602) 279-1600
9
10 David C. Dinielli*
   Beth D. Jacob*
11 **SOUTHERN POVERTY LAW CENTER**
   400 Washington Avenue
12 Montgomery, Alabama 36104
   Tel: (334) 956-8200
13
14 J. Tyler Clemons*
   **SOUTHERN POVERTY LAW CENTER**
15 201 S. Charles Avenue, Suite 2000
   New Orleans, Louisiana 70170
16 Tel: (504) 526-1530

17
   By:   /s/Tanya Balkcom
18
19
20
21
22
23
24
25