IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alliance of Christian Leaders of the East Valley, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Patriot Movement AZ, *et al.*,<br><br>　　　　　Defendants. | No. CV-19-04347-PHX-JJT<br><br>**ORDER** |

　　　　At issue is Stipulated Motion to Withdraw as Counsel of Record (Doc. 48) filed by The Dodds Law Firm, PLC through Dan Dodds and Tejay Coon. Upon review the Court will grant the motion.

　　　　The Court will order that Defendant Laura Damasco retain counsel who shall file a notice of appearance by November 18, 2019. If Defendant Laura Damasco chooses to represent herself, she must file a notice to that effect by November 18, 2019.

　　　　The Court warns Defendant Laura Damasco that if she elects to proceed as a pro se party, she will be held to comply with all court orders in this matter, as well as the Federal Rules of Civil Procedure, the Local Rules of Practice for the District Court of Arizona, the Federal Rules of Evidence and any other applicable federal rules. The Court further advises that, per Federal Rule of Civil Procedure 16(f), Ms. Damasco must appear at all pre-trial conferences, and failure to do so may result in the Court imposing sanctions against her for such failure, up to and including entry of default or dismissal, as appropriate, against them.

IT IS HEREBY ORDERED granting the Stipulated Motion to Withdraw as Counsel of Record (Doc. 48). Dan Dodds and Tejay Coon and The Dodds Law Firm, PLC are permitted to withdraw as counsel for Defendant Laura Damasco.

IT IS FURTHER ORDERED that Defendant Laura Damasco shall either retain counsel who shall file a notice of appearance in this matter by November 18, 2019, or file a notice by that date advising that she intends to proceed in pro se.

IT IS FURTHER ORDERED that Dan Dodds and Tejay Coon and The Dodds Law Firm, PLC, shall file a certification that they have advised Defendant Laura Damasco of all pending deadlines or that no deadlines currently are pending.

IT IS FURTHER ORDERED that Dan Dodds and Tejay Coon and The Dodds Law Firm, PLC, shall immediately transmit a copy of this Order to Defendant Laura Damasco by U.S. Mail and electronically.

Dated this 18th day of October, 2019.

Honorable John J. Tuchi
United States District Judge