**THE DODDS LAW FIRM, PLC**
Dan R. Dodds (#024368)
Tejay Coon (#033517)
14239 W. Bell Rd., Suite 108
Surprise, Arizona 85374
Telephone:    623-544-2980
Facsimile:     623-544-2874
dan@doddslaw.com
tejay@doddslaw.com
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Alliance of Christian Leaders of the East Valley; Magdalena Schwartz, in her individual capacity and as president pastor of Alliance of Christian Leaders of the East Valley; Iglesia Alfa y Omega; Elias Garcia, in his individual capacity and as pastor of Iglesia Alfa y Omega; Iglesia Monte Vista; Angel Campos, in his individual capacity and as pastor of Iglesia Monte Vista; Iglesia Nueva Esperanza; Israel Camacho, in his individual capacity and as pastor of Iglesia Nueva Esperanza; Iglesia Apostolica; Helping With All My Heart, Inc., an Arizona non-profit corporation; Cristobal Perez, in his individual capacity and as pastor of Iglesia Apostolica De La Comunidad; Iglesia Cristiana El Buen Pastor; Hector Ramirez, in his individual capacity and as pastor of Iglesia Cristiana El Buen Pastor; Terence Driscoll,<br><br>                          Plaintiffs,<br>v.<br>Patriot Movement AZ; AZ Patriots; Jennifer Harrison; Sean Harrison; Lesa Antone; Russell Jaffe; Jeremy Bronaugh; Antonio Foreman; Laura Damasco; Tami Jo Garver; Michael Pavlock; "Brandi Payne"; Jane Roe; "Eduardo Jaime"; John Does 1 & 2,<br>                          Defendants. | No. 2:19-cv-04347-09-JJT<br><br>**STIPULATED**<br>**MOTION TO WITHDRAW**<br>**AS COUNSEL OF RECORD** |

1  Pursuant to LRCiv. 83.3, with the client's approval, Dan Dodds and Tejay Coon, attorneys of The Dodds Law Firm, PLC, hereby move to withdraw as attorneys of record for the following Defendant:

BRANDI PAYNE
17446 W. CARIBBEAN LANE
SURPRISE, AZ 85388
623-414-7571

Good cause exists for counsels' withdrawal in that the above-named Defendant has requested such withdrawal.  A form of order is submitted herewith for the Court's convenience in accordance with LRCiv 83.3(b)(1).

RESPECTUFLLY SUBMITTED this 4th day of November, 2019.

                The Dodds Law Firm, PLC

                /s/ Dan Dodds
                Dan R. Dodds
                *Attorney for Defendant Payne*

                /s/ Tejay Coon
                Tejay Coon
                *Attorney for Defendant Payne*

                /s/Brandi Payne
                Brandi Payne
                Defendant

ORIGINAL FILED with the Court this <u>4th</u> day of November, 2019, with

United States District Court
District of Arizona

COPY of the foregoing emailed/mailed this <u>4th</u> day of November, 2019, to

Larry J. Wulkan (Bar No. 021404)
Javier Torres (Bar No. 0032397)
**STINSON LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600

David C. Dinielli*
Beth D. Jacob*
**SOUTHERN POVERTY LAW CENTER**
400 Washington Avenue
Montgomery, Alabama 36104
Tel: (334) 956-8200

J. Tyler Clemons*
**SOUTHERN POVERTY LAW CENTER**
201 S. Charles Avenue, Suite 2000
New Orleans, Louisiana 70170
Tel: (504) 526-1530

By:   /s/Tanya Balkcom