Edward A. Rose, Jr., Attorney at Law
(Texas State Bar 24081127)
Edward A. Rose, Jr., Attorney at Law, P.C.
3027 Marina Bay Drive  Suite 208
League City, Texas 77573
Tel: (713) 581-6029
Fax: (832) 201-9960
E Mail: edrose@edroseattorneycpa.com

Attorney for Defendant LESA ANTONE

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

2:19-cv-04347-JJT

| | |
|---|---|
| Alliance of Christian Leaders of the East Valley; Magdalena Schwartz, in her individual capacity) and as president pastor of Alliance of Christian  Leaders of the East Valley; Iglesia Alfa y Omega; Elias Garcia, in his individual capacity and as pastor of Iglesia Alfa y Omega; Iglesia Monte Vista; Angel Campos, in his individual capacity and as pastor of Iglesia Monte Vista; Iglesia Nueva Esperanza; Israel Camacho, in his individual capacity and as pastor of Iglesia Nueva Esperanza; Iglesia Apostolica; Helping With All My Heart, Inc., an Arizona non-profit corporation; Cristobal Perez, in his individual capacity and as pastor of Iglesia Apostolica De La Comunidad; Iglesia Cristiana El Buen Pastor; Hector Ramirez, in his individual capacity and as pastor of Iglesia Cristiana El Buen Pastor; Terence Driscoll, <br><br> Plaintiffs, | ANSWER TO COMPLAINT |

v.

Patriot Movement, AZ; AZ Patriots;
Jennifer Harrison; Sean Harrison; Lesa
Antone; Russell Jaffe; Jeremy
Bronaugh; Antonio Foreman; Laura
Damasco; Tami Jo Garver; Michael
Pavlock; Brandi Payne; Jane Roe;
"Eduardo Jaime"; John Does 1 & 2,

Defendants.

**Defendant LESA ANTONE now files her Answer to the Complaint and would respectfully show this Court as follows:**

**For any responses which state "cannot admit or deny" there was not enough specific information for the defendant to respond "admit or deny" or defendant was not at the event complained of.**

**All allegations of the Complaint not specifically admitted are herein denied.**

## INTRODUCTION

1.  Defendant cannot admit or deny Paragraph 1 of the Complaint;

2.  Defendant **denies** Paragraph 2 of the Complaint.

3.  Defendant cannot admit or deny Paragraph 3 of the Complaint.

## JURISDICTION AND VENUE

4.  Defendant admits Paragraph 4 of the Complaint.

5.  Defendant admits Paragraph 5 of the Complaint.

6.  Defendant admits Paragraph 6 of the Complaint.

## PARTIES

### Plaintiffs

7.  Defendant cannot admit or deny Paragraph 7 of the Complaint.

8.  Defendant cannot admit or deny Paragraph 8 of the Complaint.

9.  Defendant cannot admit or deny Paragraph 9 of the Complaint.

10. Defendant cannot admit or deny Paragraph 10 of the Complaint.

11. Defendant cannot admit or deny Paragraph 11 of the Complaint.

12. Defendant cannot admit or deny Paragraph 12 of the Complaint.

13. Defendant cannot admit or deny Paragraph 13 of the Complaint.

14. Defendant cannot admit or deny Paragraph 14 of the Complaint.

15. Defendant cannot admit or deny Paragraph 15 of the Complaint.

16. Defendant cannot admit or deny Paragraph 16 of the Complaint.

17. Defendant cannot admit or deny Paragraph 17 of the Complaint.

18. Defendant cannot admit or deny Paragraph 18 of the Complaint.

19. Defendant cannot admit or deny Paragraph 19 of the Complaint.

20. Defendant cannot admit or deny Paragraph 20 of the Complaint.

21. Defendant cannot admit or deny Paragraph 21 of the Complaint.

22. Defendant cannot admit or deny Paragraph 22 of the Complaint.

23. Defendant cannot admit or deny Paragraph 23 of the Complaint.

24. Defendant cannot admit or deny Paragraph 24 of the Complaint.

25. Defendant cannot admit or deny Paragraph 25 of the Complaint.

26. Defendant cannot admit or deny Paragraph 26 of the Complaint.

27. Defendant cannot admit or deny Paragraph 27 of the Complaint.

28. Defendant cannot admit or deny Paragraph 28 of the Complaint.

29. Defendant cannot admit or deny Paragraph 29 of the Complaint.

30. Defendant cannot admit or deny Paragraph 30 of the Complaint.

31. Defendant cannot admit or deny Paragraph 31 of the Complaint.

32. Defendant cannot admit or deny Paragraph 32 of the Complaint.

33. Defendant cannot admit or deny Paragraph 33 of the Complaint.

34. Defendant cannot admit or deny Paragraph 34 of the Complaint.

35. Defendant cannot admit or deny Paragraph 35 of the Complaint.

## **Defendants**

36. Defendant **denies** Paragraph 36 of the Complaint- Patriot Movement AZ is **not** an unincorporated association nor a legal entity- merely a face book page;

37. Plaintiff **denies** Paragraph 37 of the Complaint – Patriot Movement AZ is **not** an unincorporated association nor a legal entity- merely a face book page;

38. Defendant admits Paragraph 38 of the Complaint.

39. Defendant admits Paragraph 39 of the Complaint.

40. Defendant admits Paragraph 40 of the Complaint but objects to the labeling of the Patriot Movement AZ has a "hate group" since the SPLC brands everyone who does not agree with them as a "hate group".

41. Defendant admits Paragraph 41 of the Complaint as it refers to the Face Book page.

42. Defendant admits Paragraph 42 of the Complaint.

43. Defendant admits Paragraph 43 of the Complaint as it refers to the Face Book page but is not a leader since there are no members.

44. Defendant admits Paragraph 44 of the Complaint.

45. Defendant cannot admit or deny Paragraph 45 of the Complaint

46. Defendant cannot admit or deny Paragraph 46 of the Complaint.

47. Defendant cannot admit or deny Paragraph 47 of the Complaint.

48. Defendant **denies** Paragraph 48 of the Complaint- Patriot Movement AZ has no members.

49. Defendant cannot admit or deny Paragraph 49 of the Complaint.

50. Defendant cannot admit or deny Paragraph 50 of the Complaint.

51. Defendant **denies** Paragraph 51 of the Complaint- Patriot Movement AZ has no members.

52. Defendant cannot admit or deny Paragraph 52 of the Complaint.

53. Defendant **denies** Paragraph 53 of the Complaint as Patriot Movement AZ is not an organization with members.

54. Defendant cannot admit or deny Paragraph 54 of the Complaint.

55. Defendant **denies** Paragraph 55 of the Complaint as Patriot Movement AZ is not an organization with members.

56. Defendant cannot admit or deny Paragraph 56 of the Complaint.

57. Defendant cannot admit or deny Paragraph 57 of the Complaint.

58. Defendant cannot admit or deny Paragraph 58 of the Complaint.

59. Defendant cannot admit or deny Paragraph 59 of the Complaint.

60. Defendant cannot admit or deny Paragraph 60 of the Complaint.

61. Defendant **denies** Paragraph 61 of the Complaint as Patriot Movement AZ is not an organization with members.

62. Defendant cannot admit or deny Paragraph 62 of the Complaint.

63. Defendant cannot admit or deny Paragraph 63 of the Complaint.

64. Defendant cannot admit or deny Paragraph 64 of the Complaint.

65. Defendant cannot admit or deny Paragraph 65 of the Complaint.

66. Defendant cannot admit or deny Paragraph 66 of the Complaint.

67. Defendant cannot admit or deny Paragraph 67 of the Complaint.

68. Defendant cannot admit or deny Paragraph 68 of the Complaint.

69. Defendant cannot admit or deny Paragraph 69 of the Complaint.

70. Defendant cannot admit or deny Paragraph 70 of the Complaint.

71. Defendant cannot admit or deny Paragraph 71 of the Complaint as Patriot Movement AZ is not an organization with members.

72. Defendant cannot admit or deny Paragraph 72 of the Complaint.

73. Defendant cannot admit or deny Paragraph 73 of the Complaint.

74. Defendant cannot admit or deny Paragraph 74 of the Complaint.

75. Defendant cannot admit or deny Paragraph 75 of the Complaint.

76. Defendant cannot admit or deny Paragraph 76 of the Complaint.

77. Defendant cannot admit or deny Paragraph 77 of the Complaint.

78. Defendant cannot admit or deny Paragraph 78 of the Complaint.

79. Defendant cannot admit or deny Paragraph 79 of the Complaint.

80. Defendant cannot admit or deny Paragraph 80 of the Complaint.

## COMMON ALLEGATIONS OF FACT

81. Defendant **denies** Paragraph 81 of the Complaint as the Plaintiffs have been involved in these activities for years.

82. Defendant cannot admit or deny Paragraph 82 of the Complaint.

83. Defendant cannot admit or deny Paragraph 83 of the Complaint.

84. Defendant cannot admit or deny Paragraph 84 of the Complaint.

85. Defendant cannot admit or deny Paragraph 85 of the Complaint.

86. Defendant cannot admit or deny Paragraph 86 of the Complaint.

87. Defendant cannot admit or deny Paragraph 87 of the Complaint.

88. Defendant cannot admit or deny Paragraph 88 of the Complaint.

89. Defendant cannot admit or deny Paragraph 89 of the Complaint.

90. Defendant cannot admit or deny Paragraph 90 of the Complaint.

91. Defendant **denies** Paragraph 91 of the Complaint as the Plaintiffs have been involved in these activities for years.

92. Defendant cannot admit or deny Paragraph 92 of the Complaint since there has been considerable resistance from the Phoenix community.

93. Defendant **admits** Paragraph 93 of the Complaint.

94. Defendant **denies** Paragraph 94 of the Complaint.

95. Defendant **admits** Paragraph 95 of the Complaint as did the Plaintiffs also.

96. Defendant cannot admit or deny Paragraph 96 of the Complaint.

97. Defendant **denies** Paragraph 97 of the Complaint.

98. Defendant **denies** Paragraph 98 of the Complaint as Plaintiff's agents aggressively approached defendants on public property.

99. Defendant **admits** Paragraph 99 of the Complaint as Plaintiffs also did the same to the defendants but **only admits** recording the event as a whole and not targeting individual faces and/or name tags.

100. Defendant **denies** Paragraph 100 of the Complaint.

101. Defendant **denies** Paragraph 101 of the Complaint.

102. Defendant **admits** Paragraph 102 of the Complaint as reported by US Department of Homeland Security (DHS) and US Customs and Border Patrol (CBP).

103. Defendant cannot admit or deny Paragraph 103 of the Complaint.

104. Defendant **denies** Paragraph 104 of the Complaint.

105. Defendant **denies** Paragraph 105 of the Complaint.

106. Defendant admits Paragraph 106 of the Complaint as this was done from a public forum but only admits recording the event as a whole and not targeting specific people.

107. Defendant admits Paragraph 107 of the Complaint to the extent it included all associated with the Plaintiffs from a public forum recording the event as a whole and not targeting children.

108. Defendant **denies** Paragraph 108 of the Complaint.

109. Defendant **admits** Paragraph 109 of the Complaint.

110. Defendant **admits** Paragraph 110 of the Complaint.

111. Defendant cannot admit or deny Paragraph 111 of the Complaint.

112. Defendant cannot admit or deny Paragraph 112 of the Complaint. Additionally, Defendant has no control over social media messages from others.

113. Defendant cannot admit or deny Paragraph 113 of the Complaint. Additionally, Defendant has no control over social media messages from others.

114. Defendant **denies** Paragraph 114 of the Complaint.

115. Defendant **denies** Paragraph 115 of the Complaint.

116. Defendant admits Paragraph 116 of the Complaint.

117. Defendant cannot admit or deny Paragraph 117 of the Complaint.

118. Defendant cannot admit or deny Paragraph 118 of the Complaint.

119. Defendant cannot admit or deny Paragraph 119 of the Complaint.

120. Defendant cannot admit or deny Paragraph 120 of the Complaint.

121. Defendant **denies** Paragraph 121 of the Complaint- as to the term harassment and interference.

122. Defendant cannot admit or deny Paragraph 122 of the Complaint.

123. Defendant cannot admit or deny Paragraph 123 of the Complaint.

124. Defendant cannot admit or deny Paragraph 124 of the Complaint.

125. Defendant cannot admit or deny Paragraph 125 of the Complaint.

126. Defendant cannot admit or deny Paragraph 126 of the Complaint.

127. Defendant cannot admit or deny Paragraph 127 of the Complaint.

## Iglesia Alfa v Omega

128. Defendant admits or deny Paragraph 128 of the Complaint.

129. Defendant cannot admit or deny Paragraph 129 of the Complaint.

130. Defendant **denies** Paragraph 130 of the Complaint- the actions were on public and not private property.

131. Defendant **denies** Paragraph 131 of the Complaint- no insults.

132.  Defendant admits paragraph 132 of the Complaint to the extent anything states was based on information from US DHS and US CBP.

133. Defendant cannot admit or deny Paragraph 133 of the Complaint.

134. Defendant **denies** Paragraph 134 of the Complaint.

135. Defendant cannot admit or deny Paragraph 135 of the Complaint.

136. Defendant cannot admit or deny Paragraph 136 of the Complaint.

137. Defendant **denies** Paragraph 137 of the Complaint since this defendant was not on church property.

138. Defendant admits Paragraph 138 of the Complaint.

139.  Defendant admits Paragraph 139 of the Complaint.

140. Defendant cannot admit or deny Paragraph 140 of the Complaint.

141. Defendant cannot admit or deny Paragraph 141 of the Complaint.

142. Defendant cannot admit or deny Paragraph 142 of the Complaint.

143. Defendant cannot admit or deny Paragraph 143 of the Complaint.

144. Defendant cannot admit or deny Paragraph 144 of the Complaint.

## Iglesia Monte Vista

145. Defendant cannot admit or deny Paragraph 145 of the Complaint.

146. Defendant admits Paragraph 146 of the Complaint.

147. Defendant admits Paragraph 147 of the Complaint.

148. Defendant **denies** Paragraph 148 of the Complaint- no insults.

149. Defendant cannot admit or deny Paragraph 149 of the Complaint.

150. Defendant cannot admit or deny Paragraph 150 of the Complaint.

151. Defendant **denies** Paragraph 151 of the Complaint as to the term hostile.

152. Defendant **denies** Paragraph 152 of the Complaint as pertains to faces of the immigrants as the entire event was filmed.

153. Defendant **denies** Paragraph 153 of the Complaint.

154. Defendant **denies** Paragraph 154 of the Complaint.

155. Defendant admits Paragraph 155 of the Complaint but denies as it pertains to faces of young children as the entire event was recorded..

156. Defendant cannot admit or deny Paragraph 156 of the Complaint.

157. Defendant cannot admit or deny Paragraph 157 of the Complaint.

158. Defendant admits Paragraph 158 of the Complaint but were on public property with the police.

159. Defendant cannot admit or deny Paragraph 159 of the Complaint.

160. Defendant cannot admit or deny Paragraph 160 of the Complaint.

161. Defendant cannot admit or deny Paragraph 161 of the Complaint.

162. Defendant cannot admit or deny Paragraph 162 of the Complaint.

163. Defendant **denies** Paragraph 163 of the Complaint but adds that representatives of the Plaintiffs approached this defendant in a threatening manner.

164. Defendant cannot admit or deny Paragraph 164 of the Complaint.

165. Defendant cannot admit or deny Paragraph 165 of the Complaint.

166. Defendant admits Paragraph 166 of the Complaint.

167. Defendant cannot admit or deny Paragraph 167 of the Complaint.

168. Defendant cannot admit or deny Paragraph 168 of the Complaint.

169. Defendant admits Paragraph 169 of the Complaint.

170. Defendant admits Paragraph 170 of the Complaint but filming the activity and not specifically the children.

171. Defendant cannot admit or deny Paragraph 171 of the Complaint.

ANSWER

172. Defendant admits Paragraph 172 of the Complaint but posted the activity previously filmed and any statements made were based on comments made by US DHS and US CBP.

173. Defendant cannot admit or deny Paragraph 173 of the Complaint.

174. Defendant cannot admit or deny Paragraph 174 of the Complaint.

175. Defendant cannot admit or deny Paragraph 175 of the Complaint.

176. Defendant cannot admit or deny Paragraph 176 of the Complaint.

177. Defendant cannot admit or deny Paragraph 177 of the Complaint.

178. Defendant cannot admit or deny Paragraph 178 of the Complaint.

179. Defendant cannot admit or deny Paragraph 179 of the Complaint.

180. Defendant cannot admit or deny Paragraph 180 of the Complaint.

181. Defendant cannot admit or deny Paragraph 181 of the Complaint.

**Iglesia Nueva Esperanza**

182. Defendant cannot admit or deny Paragraph 182 of the Complaint.

183. Defendant cannot admit or deny Paragraph 183 of the Complaint.

184. Defendant cannot admit or deny Paragraph 184 of the Complaint.

185.  Defendant cannot admit or deny Paragraph 185 of the Complaint.

186. Defendant cannot admit or deny Paragraph 186 of the Complaint.

187. Defendant cannot admit or deny Paragraph 187 of the Complaint.

188. Defendant cannot admit or deny Paragraph 188 of the Complaint.

189. Defendant cannot admit or deny Paragraph 189 of the Complaint.

190. Defendant cannot admit or deny Paragraph 190 of the Complaint.

191. Defendant cannot admit or deny Paragraph 191 of the Complaint.

192. Defendant cannot admit or deny Paragraph 192 of the Complaint.

193. Defendant cannot admit or deny Paragraph 193 of the Complaint.

194. Defendant cannot admit or deny Paragraph 194 of the Complaint.

195. Defendant cannot admit or deny Paragraph 195 of the Complaint.

196. Defendant cannot admit or deny Paragraph 194 of the Complaint.

197. Defendant cannot admit or deny Paragraph 197 of the Complaint.

198. Defendant cannot admit or deny Paragraph 198 of the Complaint.

199. Defendant cannot admit or deny Paragraph 199 of the Complaint.

200.  Defendant cannot admit or deny Paragraph 200 of the Complaint.

201. Defendant cannot admit or deny Paragraph 201 of the Complaint.

202. Defendant cannot admit or deny Paragraph 202 of the Complaint.

203. Defendant cannot admit or deny Paragraph 203 of the Complaint.

204. Defendant cannot admit or deny Paragraph 204 of the Complaint.

## Iglesia Apostolica De La Comunidad/ Helping With All My Heart

205. Defendant cannot admit or deny Paragraph 205 of the Complaint.

206. Defendant cannot admit or deny Paragraph 206 of the Complaint.

207. Defendant admits Paragraph 207 of the Complaint.

208. Defendant admits Paragraph 208 of the Complaint but disputes the distance from the bus.

209. Defendant cannot admit or deny Paragraph 209 of the Complaint.

210. Defendant cannot admit or deny Paragraph 210 of the Complaint.

211. Defendant admits Paragraph 211 of the Complaint.

212. Defendant cannot admit or deny Paragraph 212 of the Complaint.

213. Defendant **denies** Paragraph 213 of the Complaint.

214. Defendant **denies** Paragraph 214 of the Complaint.

215.  Defendant cannot admit or deny Paragraph 215 of the Complaint.

216. Defendant cannot admit or deny Paragraph 216 of the Complaint.

217. Defendant cannot admit or deny Paragraph 217 of the Complaint.

218. Defendant cannot admit or deny Paragraph 218 of the Complaint.

219. Defendant cannot admit or deny Paragraph 219 of the Complaint.

220. Defendant cannot admit or deny Paragraph 220 of the Complaint.

221. Defendant cannot admit or deny Paragraph 221 of the Complaint.

222. Defendant cannot admit or deny Paragraph 222 of the Complaint.

223. Defendant cannot admit or deny Paragraph 223 of the Complaint.

224. Defendant cannot admit or deny Paragraph 224 of the Complaint.

**Terence Driscoll**

225. Defendant cannot admit or deny Paragraph 225 of the Complaint.

226. Defendant cannot admit or deny Paragraph 226 of the Complaint.

227. Defendant cannot admit or deny Paragraph 227 of the Complaint.

228. Defendant **denies** Paragraph 228 of the Complaint.

229. Defendant **denies** Paragraph 229 of the Complaint.

230.  Defendant **denies** Paragraph 230 of the Complaint.

231. Defendant cannot admit or deny Paragraph 231 of the Complaint.

232. Defendant cannot admit or deny Paragraph 232 of the Complaint.

233. Defendant cannot admit or deny Paragraph 233 of the Complaint.

## **COUNT ONE**

### **(Conspiracy to Violate Civil Rights)**

234. Defendant cannot admit or deny Paragraph 234 of the Complaint.

235. Defendant **denies** Paragraph 235 of the Complaint.

236. Defendant admits Paragraph 236 of the Complaint.

237. Defendant admits Paragraph 237 of the Complaint.

238. Defendant admits Paragraph 238 of the Complaint.

239. Defendant admits Paragraph 239 of the Complaint.

240. Defendant **denies** Paragraph 240 of the Complaint.

241. Defendant **denies** Paragraph 241 of the Complaint.

242. Defendant **denies** Paragraph 2421 of the Complaint.

243. Defendant **denies** Paragraph 243 of the Complaint.

244. Defendant **denies** Paragraph 244 of the Complaint.

245. Defendant cannot admit or deny Paragraph 245 of the Complaint.

246. Defendant **denies** Paragraph 246 of the Complaint if she was at that event.

247.  Defendant **denies** Paragraph 247 of the Complaint.

248. Defendant **denie**s Paragraph 248 of the Complaint.

249. Defendant **denies** Paragraph 249 of the Complaint.

250. Defendant **denies** Paragraph 250 of the Complaint.

251. Defendant **denies** Paragraph 251 of the Complaint.

## COUNT TWO

### (Discriminatory Interference With Property)

252. Defendant cannot admit or deny Paragraph 252 of the Complaint.

253.  Defendant **denies** Paragraph 253 of the Complaint.

254.  Defendant cannot admit or deny Paragraph 254 of the Complaint.

255. Defendant cannot admit or deny Paragraph 255 of the Complaint.

256. Defendant cannot admit or deny Paragraph 256 of the Complaint.

257. Defendant cannot admit or deny Paragraph 247 of the Complaint.

258.  Defendant **denies** Paragraph 258 of the Complaint.

259. Defendant **denies** Paragraph 259 of the Complaint.

## COUNT THREE

### (Defamation)

260. Defendant cannot admit or deny Paragraph 260 of the Complaint.

261. Defendant **denies** Paragraph 261 of the Complaint.

262.  Defendant **denies** Paragraph 262 of the Complaint.

263.  Defendant **denies** Paragraph 263 of the Complaint since this information was received from US DHS and US CBP.

264.  Defendant cannot admit or deny Paragraph 264 of the Complaint.

265.  Defendant cannot admit or deny Paragraph 265 of the Complaint.

266. Defendant cannot admit or deny Paragraph 266 of the Complaint.

267.  Defendant **denies** Paragraph 267 of the Complaint.

268.  Defendant **denies** Paragraph 268 of the Complaint.

## COUNT FOUR

### (False Light)

269.  Defendant cannot admit or deny Paragraph 269 of the Complaint.

270.  Defendant **denies** Paragraph 270 of the Complaint but any comments related pertained to statements previously made by US CBP.

271. Defendant cannot admit or deny Paragraph 271 of the Complaint.

272. Defendant **denies** Paragraph 272 of the Complaint.

273.  Defendant **denies** Paragraph 273 of the Complaint.

274.  Defendant **denies** Paragraph 274 of the Complaint.

275.  Defendant **denies** Paragraph 275 of the Complaint.

276.  Defendant **denies** Paragraph 276 of the Complaint.

277. Defendant **denies** Paragraph 277 of the Complaint.

278.  Defendant **denies** Paragraph 278 of the Complaint.

## COUNT FIVE

## (Appropriation or Invasion of the Right to Publicity)

279.  Defendant cannot admit or deny Paragraph 279 of the Complaint.

280.  Defendant admits Paragraph 280 of the Complaint.

281. Defendant admits Paragraph 281 of the Complaint as all recordings were from a public forum.

282.  Defendant **denies** Paragraph 282 of the Complaint but admits the event was recorded not specifically faces, nametags, cars, and license plates.

283.  Defendant **denies** Paragraph 283 of the Complaint but admits to the notification of these activities to the public at large to inform them of the events in their community.

284.  Defendant admits Paragraph 284 of the Complaint but admits the total events were recorded from a public forum.

285. Defendant **denies** Paragraph 285 of the Complaint but admits the total events were recorded from a public forum but not specifically children's faces.

286.  Defendant **denies** Paragraph 286 of the Complaint but any social media used was intended to educate the public as to the events in their community.

287.  Defendant **denies** Paragraph 287 of the Complaint.

## COUNT SIX

## (Intrusion into a Private Place)

288.  Defendant cannot admit or deny Paragraph 288  of the Complaint.

289.  Defendant **denies** Paragraph 289 of the Complaint.

290. Defendant **denies** Paragraph 290 of the Complaint.

291. Defendant **denies** Paragraph 291 of the Complaint.

292. Defendant **denies** Paragraph 292 of the Complaint.

293. Defendant **denies** Paragraph 293 of the Complaint.

294. Defendant **denies** Paragraph 294 of the Complaint.

295. Defendant **denies** Paragraph 295 of the Complaint.

## COUNT SEVEN

### (Trespass)

296. Defendant cannot admit or deny Paragraph 296 of the Complaint.

297. Defendant **denies** Paragraph 297 of the Complaint.

298. Defendant **denies** Paragraph 298 of the Complaint.

299. Defendant cannot admit or deny Paragraph 299 of the Complaint.

300. Defendant **denies** Paragraph 300 of the Complaint.

301. Defendant **denies** Paragraph 301 of the Complaint.

302. Defendant **denies** Paragraph 302 of the Complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

(Failure to State a Claim)

AS AND FOR A FIRST, SEPARATE AND AFFIRMATIVE DEFENSE to said Complaint this answering Defendant alleges that the Complaint and the causes of action therein fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

(Fault or Negligence)

AS AND FOR A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE to said Complaint this answering Defendant alleges that the Plaintiffs  were totally at fault or negligent in and about the matters referred to in its Complaint and that such fault or negligence and carelessness on the part of the Plaintiffs amounted to One Hundred Percent (100%) of the fault or negligence involved in this case and for the sole cause of injuries and damages complained of, if any there were.

## THIRD AFFIRMATIVE DEFENSE

(Unclean Hands)

AS AND FOR A THIRD, SEPARATE AND AFFIRMATIVE DEFENSE to said Petition, this answering Defendant alleges that the Plaintiffs are not entitled to relief because Plaintiffs acted and reacted in the matters alleged in its Complaint with **unclean hands.** More specifically by their actions encouraged  illegal immigration knowing that the majority of the illegal immigrants' claims for political asylum are false and Plaintiffs know that the majority of these illegal immigrants will not appear for a Court hearing and remain in the Arizona community or other parts of the State illegally at taxpayer expense. Plaintiffs also are aware that many of the illegal immigrants have criminal records and encourage them to remain in the United States in violation of U.S. Statutes to promote a radical leftist agenda and open border policy.

## FOURTH  AFFIRMATIVE DEFENSE

(Statute of Limitations)

AS AND FOR A FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE to said Complaint, this answering Defendant raises the statute of limitations to all of the causes of action in the Complaint.

### FIFTH AFFIRMATIVE DEFENSE

(Assumption of Risk)

AS AND FOR A FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE to said Complaint, this answering Defendant allege that any injury or damage sustained by Plaintiffs, if any, was caused by risks which the Plaintiffs were, or reasonably should have been aware of, which Plaintiff voluntarily assumed.

### SIXTH AFFIRMATIVE DEFENSE

(Freedom of Speech and Freedom of Expression)

AS AND FOR A SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE to said Complaint, this answering Defendant's conduct is protected by the 1st Amendment to the United States Constitution.

### SEVENTH AFFIRMATIVE DEFENSE

(Freedom of Association)

AS AND FOR A SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE to said Complaint, this answering Defendant's conduct is protected by the 1st Amendment to the United States Constitution.

### EIGHTH AFFIRMATIVE DEFENSE

(Protected Class)

AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE to said Complaint, this answering Defendant maintains that each of the Plaintiffs are not a member of a "protected class".

### NINTH AFFIRMATIVE DEFENSE

(Speculative Damages)

AS AND FOR A NINTH, SEPARATE AND AFFIRMATIVE DEFENSE to said Complaint, this answering Defendant maintains that the claims by Plaintiffs for damages, if any, are purely speculative and conjectural and therefore not recoverable.

## TENTH AFFIRMATIVE DEFENSE

(Violation of U.S. Statutes)

AS AND FOR A TENTH, SEPARATE AND AFFIRMATIVE DEFENSE to said Complaint, this answering Defendant maintains that the Plaintiffs have aided and abetted illegal aliens that entered the United States, unlawfully, under false claims of "political oppression" knowing that these claims were false. The Plaintiffs also knew that most of the illegal aliens requesting asylum never appear for the court hearing and remain in the U.S. illegally.

## ELEVENTH AFFIRMATIVE DEFENSE

(Public / Limited Public Figures)

AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE to said Complaint, this answering Defendant maintains that the Plaintiffs are Public Figures and/or Limited Public Figures and by their actions voluntarily participate in a public controversy for the purpose of influencing the outcome of the public controversy of illegal immigration. Their actions are newsworthy.

## TWELFTH AFFIRMATIVE DEFENSE

(Truth and/or opinion)

AS AND FOR A TWELFTH, SEPARATE AND AFFIRMATIVE DEFENSE to said Complaint, this answering Defendant maintains that any comments made by this answering defendant, if any, were the truth and/or based on opinion.

## THIRTEENTH AFFIRMATIVE DEFENSE
### (Reliance on Government Publications/ Announcements)

AS AND FOR A THIRTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE to said Complaint, this answering Defendant maintains that any comments made by this answering defendant, if any, were based on reliance on government publications and/or announcements.

## FOURTEENTH AFFIRMATIVE DEFENSE
### (Consent)

AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE to said Complaint, this answering defendant maintains that Plaintiffs consented to any intrusion on private property, if any such intrusions actually occurred.

## FIFTEENTH AFFIRMATIVE DEFENSE
### (Public Place or Public Forum)

AS AND FOR A FIFTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE to said Complaint, this answering Defendant maintains that all the allegations in this Complaint, if they occurred, were on Public Property or a Public Forum.

## SIXTEENTH AFFIRMATIVE DEFENSE
### (Absence of Malice/ Reckless disregard of the Truth)

AS AND FOR A SIXTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE to said Complaint, this answering Defendant asserts that all allegations in this Complaint, if they occurred, were without malice and not in reckless disregard of the Truth.

## SEVENTEENTH AFFIRMATIVE DEFENSE

AS AND FOR A SEVENTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE to said Complaint, this answering Defendant reserves the right to assert other affirmative defenses as discovery progresses.

## REQUESTED RELIEF

WHEREFORE, this answering defendant respectfully requests an award of the following relief as follows:

1.     That Plaintiffs take nothing against this answering Defendant;
2.     That this answering Defendant recover reasonable attorney's fees;
3.     For costs of suit incurred herein; and
4.     For such other and further relief as this Court may deem just and proper.

## JURY DEMAND

Defendant demands a Jury for all issues so triable.

November 24, 2019

/s/ Edward A. Rose, Jr.

Edward A. Rose, Jr., Attorney at Law, PC
Edward A. Rose, Jr., Esq.
Attorney-in-Charge
State of Texas Bar No. 24081127
3027 Marina Bay Drive  Suite 208
League City, Texas 77573
Phone: 713-581-6029
Fax:  832-201-9960
edrose@edroseattorneycpa.com
Attorney for Defendant Lesa Antone

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing on the 18th day of November 2019, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Larry J. Wulkan, Esq.

Javier Torres, Esq.

Stinson LLP

1850 North Central Avenue

Suite 2100

Phoenix, Arizona 85004-4584

Tel: (602) 279-1600

Fax: (602) 240-6925

Email:
larry.wulkan@stinson.com

Javier.torres@stinson.com

Danny Ray Dodds

Tejay Everett Ray Coon

William Sean Whitaker

Dodds Law Firm PLC

14239 W. Bell Road  Suite 204

Surprise, Arizona 85374

Tel: (623) 544-2980

Fax (623) 544-2980

dan@doddslaw.com

tejay@doddslaw.com

sean@doddslaw.com

November 24, 2019

/s/ Edward A. Rose, Jr.

Edward A. Rose, Jr., Attorney at Law, PC
Edward A. Rose, Jr., Esq.
Attorney-in-Charge
State of Texas Bar No. 24081127
3027 Marina Bay Drive  Suite 208
League City, Texas 77573
Phone: 713-581-6029
Fax:  832-201-9960
edrose@edroseattorneycpa.com
Attorney for Defendant Lesa Antone