Edward A. Rose, Jr., Attorney at Law
(Texas State Bar 24081127)
Edward A. Rose, Jr., Attorney at Law, P.C.
3027 Marina Bay Drive  Suite 208
League City, Texas 77573
Tel: (713) 581-6029
Fax: (832) 201-9960
E Mail: edrose@edroseattorneycpa.com

Attorney for "alleged" Defendant PATRIOT MOVEMENT, AZ

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

2:19-cv-04347-JJT

| | |
|---|---|
| Alliance of Christian Leaders of the East Valley; Magdalena Schwartz, in her individual capacity) and as president pastor of Alliance of Christian Leaders of the East Valley; Iglesia Alfa y Omega; Elias Garcia, in his individual capacity and as pastor of Iglesia Alfa y Omega; Iglesia Monte Vista; Angel Campos, in his individual capacity and as pastor of Iglesia Monte Vista; Iglesia Nueva Esperanza; Israel Camacho, in his individual capacity and as pastor of Iglesia Nueva Esperanza; Iglesia Apostolica; Helping With All My Heart, Inc., an Arizona non-profit corporation; Cristobal Perez, in his individual capacity and as pastor of Iglesia Apostolica De La Comunidad; Iglesia Cristiana El Buen Pastor; Hector Ramirez, in his individual capacity and as pastor of Iglesia Cristiana El Buen Pastor; Terence Driscoll, <br><br>    Plaintiffs, | ANSWER TO COMPLAINT |

v.

Patriot Movement, AZ; AZ Patriots; Jennifer Harrison; Sean Harrison; Lesa Antone; Russell Jaffe; Jeremy Bronaugh; Antonio Foreman; Laura Damasco; Tami Jo Garver; Michael Pavlock; Brandi Payne; Jane Roe; "Eduardo Jaime"; John Does 1 & 2,

Defendants.

**"Alleged" Defendant PATRIOT MOVEMENT, AZ now files an Answer to the Complaint and would respectfully show this Court as follows:**

**PATRIOT MOVEMENT, AZ is merely a face book page. Patriot Movement, AZ is not an association, is not an incorporated entity organized under the laws of Arizona or any other state or foreign country and has no members. It has no assets or liabilities or members.**

**A Face Book page is merely a forum for like minded individuals who share the same or similar opinions.**

**Since Patriot Movement, AZ is not an organization (or a person) with officers or directors, it cannot admit or deny any of the allegations in this Complaint from 1 through 302.**

**All allegations of the Complaint not specifically admitted are herein denied.**

However, if Patriot Movement, AZ is ultimately considered an unincorporated association, then upon that time the following affirmative defenses are asserted.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

(Failure to State a Claim)

AS AND FOR A FIRST, SEPARATE AND AFFIRMATIVE DEFENSE to said Complaint this answering Defendant alleges that the Complaint and the causes of action therein fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

(Fault or Negligence)

AS AND FOR A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE to said Complaint this answering Defendant alleges that the Plaintiffs were totally at fault or negligent in and about the matters referred to in its Complaint and that such fault or negligence and carelessness on the part of the Plaintiffs amounted to One Hundred Percent (100%) of the fault or negligence involved in this case and for the sole cause of injuries and damages complained of, if any there were.

### THIRD AFFIRMATIVE DEFENSE

(Unclean Hands)

AS AND FOR A THIRD, SEPARATE AND AFFIRMATIVE DEFENSE to said Petition, this answering Defendant alleges that the Plaintiffs are not entitled to relief because Plaintiffs acted and reacted in the matters alleged in its Complaint with unclean hands.

## FOURTH AFFIRMATIVE DEFENSE

(Statute of Limitations)

AS AND FOR A FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE to said Complaint, this answering Defendant raises the statute of limitations to all of the causes of action in the Complaint.

## FIFTH AFFIRMATIVE DEFENSE

(Assumption of Risk)

AS AND FOR A FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE to said Complaint, this answering Defendant allege that any injury or damage sustained by Plaintiffs, if any, was caused by risks which the Plaintiffs were, or reasonably should have been aware of, which Plaintiff voluntarily assumed.

## SIXTH AFFIRMATIVE DEFENSE

(Freedom of Speech and Freedom of Expression)

AS AND FOR A SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE to said Complaint, this answering Defendant's conduct is protected by the 1st Amendment to the United States Constitution.

## SEVENTH AFFIRMATIVE DEFENSE

(Freedom of Association)

AS AND FOR A SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE to said Complaint, this answering Defendant's conduct is protected by the 1st Amendment to the United States Constitution.

## EIGHTH AFFIRMATIVE DEFENSE

(Protected Class)

AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE to said Complaint, this answering Defendant maintains that each of the Plaintiffs are not a member of a "protected class".

## NINTH AFFIRMATIVE DEFENSE

(Speculative Damages)

AS AND FOR A NINTH, SEPARATE AND AFFIRMATIVE DEFENSE to said Complaint, this answering Defendant maintains that the claims by Plaintiffs for damages, if any, are purely speculative and conjectural and therefore not recoverable.

## TENTH AFFIRMATIVE DEFENSE

(Violation of U.S. Statutes)

AS AND FOR A TENTH, SEPARATE AND AFFIRMATIVE DEFENSE to said Complaint, this answering Defendant maintains that the Plaintiffs have aided and abetted illegal aliens that entered the United States, unlawfully, under false claims of "political oppression" knowing that these claims were false.

## ELEVENTH AFFIRMATIVE DEFENSE

(Public Figures)

AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE to said Complaint, this answering Defendant maintains that the Plaintiffs are Public Figures and their actions are Newsworthy.

## TWELFTH AFFIRMATIVE DEFENSE

(Truth and/or opinion)

AS AND FOR A TWELFTH, SEPARATE AND AFFIRMATIVE DEFENSE to said Complaint, this answering Defendant maintains that any comments made by this answering defendant, if any, were the truth and/or based on opinion.

## THIRTEENTH AFFIRMATIVE DEFENSE

(Reliance on Government Publications/ Announcements)

AS AND FOR A THIRTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE to said Complaint, this answering Defendant maintains that any comments made by this answering defendant, if any, were based on reliance on government publications and/or announcements.

## FOURTEENTH AFFIRMATIVE DEFENSE

(Consent)

AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE to said Complaint, this answering defendant maintains that Plaintiffs consented to any intrusion on private property, if any such intrusions actually occurred.

## FIFTEENTH AFFIRMATIVE DEFENSE

(Public Place or Public Forum)

AS AND FOR A FIFTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE to said Complaint, this answering Defendant maintains that all the allegations in this Complaint, if they occurred, were on Public Property or a Public Forum.

## SIXTEENTH AFFIRMATIVE DEFENSE

(Absence of Malice)

AS AND FOR A SIXTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE to said Complaint, this answering Defendant asserts that all allegations in this Complaint, if they occurred, were without malice.

## SEVENTEENTH AFFIRMATIVE DEFENSE

AS AND FOR A SEVENTEENTH, SEPARATE AND AFFIRMATIVE DEFENSE to said Complaint, this answering Defendant reserves the right to assert other affirmative defenses as discovery progresses.

## REQUESTED RELIEF

WHEREFORE, this answering defendant respectfully requests an award of the following relief as follows:

1. That Plaintiffs take nothing against this answering Defendant;
2. That this answering Defendant recover reasonable attorney's fees;
3. For costs of suit incurred herein; and
4. For such other and further relief as this Court may deem just and proper.

# JURY DEMAND

Defendant demands a Jury for all issues so triable.

November 25, 2019

/s/ Edward A. Rose, Jr.

Edward A. Rose, Jr., Attorney at Law, PC
Edward A. Rose, Jr., Esq.
Attorney-in-Charge
State of Texas Bar No. 24081127
3027 Marina Bay Drive  Suite 208
League City, Texas 77573
Phone: 713-581-6029
Fax:  832-201-9960
edrose@edroseattorneycpa.com
Attorney for alleged Defendant Patriot Movement, AZ

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing on the 25th day of November 2019, with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Larry J. Wulkan, Esq.
Javier Torres, Esq.
Stinson LLP
1850 North Central Avenue
Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email:
larry.wulkan@stinson.com
Javier.torres@stinson.com

Danny Ray Dodds
Tejay Everett Ray Coon
William Sean Whitaker
Dodds Law Firm PLC
14239 W. Bell Road  Suite 204
Surprise, Arizona 85374
Tel: (623) 544-2980
Fax (623) 544-2980
dan@doddslaw.com
tejay@doddslaw.com
sean@doddslaw.com

November 25, 2019

/s/ Edward A. Rose, Jr.

Edward A. Rose, Jr., Attorney at Law, PC
Edward A. Rose, Jr., Esq.
Attorney-in-Charge
State of Texas Bar No. 24081127
3027 Marina Bay Drive  Suite 208
League City, Texas 77573
Phone: 713-581-6029
Fax:  832-201-9960
edrose@edroseattorneycpa.com
Attorney for "Alleged" Defendant Patriot Movement, AZ