Larry J. Wulkan (Bar No. 021404)
Javier Torres (Bar No. 0032397)
**STINSON LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email:  larry.wulkan@stinson.com
             javier.torres@stinson.com

J. Tyler Clemons*
**SOUTHERN POVERTY LAW CENTER**
201 S. Charles Avenue, Suite 2000
New Orleans, Louisiana 70170
Tel: (504) 526-1530
Fax: (504) 486-8947
Email:  tyler.clemons@splcenter.org
*Application for Admission Pro Hac Vice Forthcoming*
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Alliance of Christian Leaders of the East Valley; Magdalena Schwartz, in her individual capacity and as president pastor of Alliance of Christian Leaders of the East Valley; Iglesia Alfa y Omega; Elias Garcia, in his individual capacity and as pastor of Iglesia Alfa y Omega; Iglesia Monte Vista; Angel Campos, in his individual capacity and as pastor of Iglesia Monte Vista; Iglesia Nueva Esperanza; Israel Camacho, in his individual capacity and as pastor of Iglesia Nueva Esperanza; Iglesia Apostolica; Helping With All My Heart, Inc., an Arizona non-profit corporation; Cristobal Perez, in his individual capacity and as pastor of Iglesia Apostolica De La Comunidad; Iglesia Cristiana El Buen Pastor; Hector Ramirez, in his individual capacity and as pastor of Iglesia Cristiana El Buen Pastor; Terence Driscoll,<br><br>                    Plaintiffs,<br>v. | No. 2:19-cv-04347-JJT<br><br>**NOTICE OF SERVICE OF MANDATORY INITIAL DISCOVERY RESPONSES** |

CORE/3515773.0002/156730863.1

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Patriot Movement AZ; AZ Patriots; Jennifer Harrison; Sean Harrison; Lesa Antone; Russell Jaffe; Jeremy Bronaugh; Antonio Foreman; Laura Damasco; Tami Jo Garver; Michael Pavlock; "Brandi Payne"; Jane Roe; "Eduardo Jaime"; John Does 1 & 2,<br><br>                    Defendants. |

6  Pursuant to the Court's General Order 17-08, Plaintiffs certify they served Plaintiffs'

7  Responses to the Mandatory Initial Discovery Requests on Defendants on December 19, 2019.

8  RESPECTFULLY SUBMITTED this 20th day of December, 2019.

**STINSON LLP**

By:   */s/ Javier Torres*
      Larry J. Wulkan
      Javier Torres
      1850 North Central Avenue, Suite 2100
      Phoenix, Arizona 85004-4584

      J. Tyler Clemons*
      **SOUTHERN POVERTY LAW CENTER**
      201 St. Charles Avenue, Suite 2000
      New Orleans, Louisiana 70170
      Tel: (504) 526-1530
      Fax: (504) 486-8947
      Email:  tyler.clemons@splcenter.org

      *Application for Admission Pro Hac Vice Forthcoming*

      Attorneys for the Plaintiffs

# CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2019, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court for the District of Arizona by using the CM/ECF System. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system:

>Edward A. Rose, Jr.
>Edward A. Rose, Jr. Attorney at Law PC
>3027 Marina Bay Dr., Ste 208
>League City, TX 77573
>Email: edrose@edroseattorneycpa.com
>*Attorneys for Defendants Lesa Antone, Laura Damasco and Russell Jaffee*

And a copy of the foregoing mailed via U.S. Mail to:

>Brandi Payne
>17446 We. Caribbean Lane
>Surprise, AZ 85388

By: */s/ Cynthia Fischer*