Edward A. Rose, Jr., Attorney at Law
(Texas State Bar 24081127)
Edward A. Rose, Jr., Attorney at Law, P.C.
3027 Marina Bay Drive  Suite 208
League City, Texas 77573
Tel: (713) 581-6029
Fax: (832) 201-9960
E Mail: edrose@edroseattorneycpa.com

Attorney for Defendants Russell Jaffe, Lesa Antone, Laura Damasco, and Brandi Payne

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

2:19-cv-04347-JJT

Alliance of Christian Leaders of the East Valley; Magdalena Schwartz, in her individual capacity) and as president pastor of Alliance of Christian Leaders of the East Valley; Iglesia Alfa y Omega; Elias Garcia, in his individual capacity and as pastor of Iglesia Alfa y Omega; Iglesia Monte Vista; Angel Campos, in his individual capacity and as pastor of Iglesia Monte Vista; Iglesia Nueva Esperanza; Israel Camacho, in his individual capacity and as pastor of Iglesia Nueva Esperanza; Iglesia Apostolica; Helping With All My Heart, Inc., an Arizona non-profit corporation; Cristobal Perez, in his individual capacity and as pastor of Iglesia Apostolica De La Comunidad; Iglesia Cristiana El Buen Pastor; Hector Ramirez, in his individual capacity and as pastor of Iglesia Cristiana El Buen Pastor; Terence Driscoll,

      Plaintiffs,

**NOTICE OF SERVICE OF MANDATORY  INITIAL DISCLOSURES/DISCOVERY RESPONSES**

|   |   |
|---|---|
| v. | |
| Patriot Movement, AZ; AZ Patriots; Jennifer Harrison; Sean Harrison; Lesa Antone; Russell Jaffe; Jeremy Bronaugh; Antonio Foreman; Laura Damasco; Tami Jo Garver; Michael Pavlock; Brandi Payne; Jane Roe; "Eduardo Jaime"; John Does 1 & 2, | |
| Defendants. | |

Pursuant to the Court's General Order 17-08, Defendants certify they served Defendants' Responses to the Mandatory Initial Disclosures/Discovery Responses on Plaintiffs' counsel on December 22, 2019 by First Class Mail Postage Prepaid.

December 22, 2019

Respectfully Submitted

/s/ Edward A. Rose, Jr.

Edward A. Rose, Jr., Attorney at Law, PC
Edward A. Rose, Jr., Esq.
Attorney-in-Charge
State of Texas Bar No. 24081127
3027 Marina Bay Drive  Suite 208
League City, Texas 77573
Phone: 713-581-6029
Fax:  832-201-9960
edrose@edroseattorneycpa.com
Attorney for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2019, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court for the District of Arizona by using the CM/ECF System. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Larry J. Wulkan, Esq.
Javier Torres, Esq.
Stinson LLP
1850 North Central Avenue
Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email:
larry.wulkan@stinson.com
Javier.torres@stinson.com

By U.S. Mail to:

J. Tyler Clemons
Southern Poverty Law Center
201 S. Charles Avenue, Suite 2000
New Orleans, Louisiana 70170
Tel: (504) 526-1530
Fax: (504) 486-8947
Email:
Tyler.clemons@splcenter.org
December 22, 2019

/s/ Edward A. Rose, Jr.

Edward A. Rose, Jr., Attorney at Law, PC
Edward A. Rose, Jr., Esq.
Attorney-in-Charge

State of Texas Bar No. 24081127
3027 Marina Bay Drive  Suite 208
League City, Texas 77573
Phone: 713-581-6029
Fax:  832-201-9960
[edrose@edroseattorneycpa.com](mailto:edrose@edroseattorneycpa.com)
Attorney for Defendants